**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

<u>SOUTHERN</u>   District of   <u>NEW YORK</u>
                                    (State)

Case number (*If known*): _____   Chapter   <u>7</u>

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Helios and Matheson Analytics Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | MovieFone |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 1 3 – 3 1 6 9 9 1 3 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 350 Fifth Avenue | |
| | | Number        Street | Number        Street |
| | | Suite 5330 | |
| | | | P.O. Box |
| | | New York         NY       10118 | |
| | | City              State     ZIP Code | City              State     ZIP Code |
| | | | **Location of principal assets, if different from principal place of business** |
| | | New York | |
| | | County | Number        Street |
| | | | City              State     ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.hmny.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding  LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    Helios And Matheson Analytics Inc.

Name

Case number *(if known)* _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>7</u>  <u>1</u>  <u>3</u>  <u>9</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                                MM / DD / YYYY

        District _____  When _____  Case number _____
                                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor  See Attached List  Relationship  Affiliates

       District _____  When _____
                                         MM / DD / YYYY

       Case number, if known _____

| Debtor | Helios and Matheson Analytics Inc. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| | |
|---|---|
| Number | Street |

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    Helios and Matheson Analytics Inc. _____    Case number (*if known*) _____
　　　　　Name

**16. Estimated liabilities**

☐ $0-$50,000　　　　　　　☐ $1,000,001-$10 million　　　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　　☑ $10,000,001-$50 million　　　☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000　　　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　　　☐ $100,000,001-$500 million　☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1 / 28 / 2020___
　　　　　　MM   / DD / YYYY

✖ /s/ Robert Damon _____　　　Robert Damon _____
Signature of authorized representative of debtor　　Printed name

Title   Authorized Officer _____

**18. Signature of attorney**

✖ /s/ Frank A. Oswald _____　　Date   1/28/2020___
Signature of attorney for debtor　　　　　　　　　　　　MM   / DD / YYYY

Frank A. Oswald _____
Printed name
Togut, Segal & Segal LLP _____
Firm name
One Penn Plaza, Suite 3335 _____
Number　　　　Street
New York _____　　　NY　　　10119 _____
City　　　　　　　　　　　　　　　State　　　ZIP Code

212-594-5000 _____　　frankoswald@teamtogut.com _____
Contact phone　　　　　　　　　　Email address

_____　　　　　New York _____
Bar number　　　　　　　　　　　　State

---

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Brian F. Moore

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| HELIOS AND MATHESON ANALYTICS INC.,[1] | : | Case No. |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

--------------------------------------------------------------- x

## ATTACHMENT TO VOLUNTARY PETITION FOR
## NON-INDIVIDUALS FILING FOR BANKRUPTCY UNDER CHAPTER 11

      1.      If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 0-22945.

      2.      The following financial data is the latest available information and refers to the debtor's condition on January 2020.

    a.   Total assets                                                    $   396,472,337

    b.   Total debts (including debts listed in 2.c., below)   $   276,830,435

    Footnotes:
(1) Balances of assets and liabilities do not take into account eliminating entries.
(2) <u>Net Book Value.</u> Helios & Matheson Analytics, Inc's assets consist primarily of investments in their subsidiaries. It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain or estimate current market valuations of all of their assets at this time. Unless otherwise indicated, net book values as of the Petition Date are reflected on the Bankruptcy Materials. The net book value reflect the original investment in each of the subsidiaries. The net book value for an asset may be

---

[1]    Helios and Matheson Analytics Inc., and its subsidiaries and affiliates, Zone Technologies, Inc., and MoviePass, Inc. (each a "Debtor," and collectively the "Debtors") concurrently commenced Chapter 7 cases.

materially different from its fair market value. Except as otherwise indicated, each asset and liability of the Debtor reflected in the Schedules reflect the carrying value of the assets and liabilities as listed in the available books and records of the Debtor, and are not based upon any estimate of their current market values.

(3)  <u>Intercompany Claims.</u>  Receivables and payables among a Debtor and its affiliates (each an "Intercompany Receivable" or "Intercompany Payable" and, together, the "Intercompany Claims") are reported on Schedule A/B(11) or Schedule F as a net receivable or payable due to/or from the Debtor to/from an affiliate. Where no balance is listed, the Debtors do not believe, based on information currently available, that such Debtor has any Intercompany Receivable or Intercompany Payable. However, the Intercompany balances, Intercompany Loans, Intercompany Interests and any type of Intercompany claims are considered non recoverable with no value.

c.   Debt securities held by more than 500 holders

|  |  |  |  | Approximate number of holders: |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____N/A_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |

d.  Number of shares of preferred stock

20,500 shares redeemable preferred (redeemable at the Company's option for $205.00, in the aggregate)

10 shares convertible preferred (convertible into 166,667 shares of common stock, in the aggregate)

e.   Number of shares common stock          3,001,396,750

Comments, if any:    There are 2,102,688,187 warrants outstanding to purchase

common stock.

3.    Brief description of debtor's business:  Information technology, services

and solutions, including a range of technology platforms focusing on data, business

intelligence and consumer-centric technology.

4.    List the names of any person who directly or indirectly owns, controls, or

holds, with power to vote, 5% or more of the voting securities of debtor:

        Unknown

**SCHEDULE "1"**

**Pending Bankruptcy Cases filed by Affiliates of the Debtor**

On January 28, 2020 each of the entities listed below filed a petition in this Court for relief under Chapter 7 of the United States Code.

1. Helios and Matheson Analytics Inc.
2. Zone Technologies Inc.
3. MoviePass, Inc.

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Brian F. Moore

*Counsel to the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------------x
                                        :
In re:                                  :        Chapter 7
                                        :
                                        :        Case No.
HELIOS AND MATHESON ANALYTICS           :
INC.,                                   :
                                        :
                                        :
                Debtor.                 :
--------------------------------------------------------------- x
```

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## HELIOS AND MATHESON ANALYTICS INC.

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Brian F. Moore

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :          Chapter 7
                                                             :
                                                             :          Case No.
HELIOS AND MATHESON ANALYTICS INC. :
                                                             :
                                                             :
              Debtor.                                        :
                                                             :
-------------------------------------------------------------- x

## GLOBAL NOTES REGARDING
## <u>BANKRUPTCY SCHEDULES AND STATEMENTS</u>

<u>Basis of Presentation</u>. The Bankruptcy Materials reflect the assets and liabilities of the Debtor.[1]  The Bankruptcy Materials do not purport to represent financial statements prepared in accordance with U.S. Generally Accepted Accounting Principles ("**GAAP**").

Failure to include an asset on the Bankruptcy Materials does not represent an admission that such asset is not property of the Debtor. Similarly, inclusion of a liability on the Bankruptcy Materials of the Debtor does not represent an admission that the Debtor is the party obligated for such liability.

<u>Schedule A/B(11)—Net Book Value.</u> Helios & Matheson Analytics, Inc's assets consist primarily of investments in their subsidiaries. It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtor to obtain or estimate current market valuations of all of their assets at this time. Unless otherwise indicated, net book values as of the Petition Date are reflected on the Bankruptcy Materials. The net book value reflect the original investment in each of the subsidiaries. The net book value for an asset may be materially

---

[1]    Helios and Matheson Analytics Inc., and its subsidiaries and affiliates, Zone Technologies, Inc., and MoviePass, Inc. (each a "Debtor," and collectively the "Debtors") concurrently commenced Chapter 7 cases.

different from its fair market value. Except as otherwise indicated, each asset and liability of the Debtor reflected in the Schedules reflect the carrying value of the assets and liabilities as listed in the available books and records of the Debtor, and are not based upon any estimate of their current market values.

Schedule A/B(11)/Schedule F—Intercompany Claims.  Receivables and payables among a Debtor and its affiliates (each an "Intercompany Receivable" or "Intercompany Payable" and, together, the "Intercompany Claims") are reported on Schedule A/B(11) or Schedule F as a net receivable or payable due to/or from the Debtor to/from an affiliate. Where no balance is listed, the Debtor does not believe, based on information currently available, that such Debtor has any Intercompany Receivable or Intercompany Payable. However, the Intercompany balances, Intercompany Loans, Intercompany Interests and any type of Intercompany claims are considered non recoverable with no value.

Schedule G: Executory Contracts and Unexpired Leases.  While commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusions may have occurred. The Debtor reserves all of their rights to dispute the validity, status or enforceability of any contracts,  agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

SOFA: Insiders.  In the circumstance where the Bankruptcy Materials require information regarding insiders and/or officers and directors, the Debtor has attempted to include therein each of the Debtor's (a) directors and (b) employees that may be, or may have been during the relevant period, "officers," as such term is defined by applicable law. The listing of a party as an insider is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Fill in this information to identify the case:**

Debtor Name: In re : Helios and Matheson Analytics Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number (if known):

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**

    Copy line 88 from *Schedule A/B* ...................................................................................

    $                734.00

    1b. **Total personal property:**

    Copy line 91A from *Schedule A/B* .................................................................................

    $        448,239,125.94

    1c. **Total of all property:**

    Copy line 92 from *Schedule A/B* ...................................................................................

    $        448,239,859.94

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ....................................

    $                0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ........................................

    $                0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ................................

    + $        60,903,624.13

4. **Total liabilities**

    Lines 2 + 3a + 3b ......................................................................................................

    $        60,903,624.13

| Fill in this information to identify the case: |
| --- |
| Debtor Name: In re : Helios and Matheson Analytics Inc. |
| United States Bankruptcy Court for the: Southern District of New York |
| Case number (if known): |

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

2. **Cash on hand**

   2.1 None                                                                                    $

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1 Citibank | Checking | 0626 | $ 51,848.00 |
| 3.2 Citibank | Savings | 4193 | $ 1,125.00 |
| 3.3 Citibank | Checking / Payroll | 5674 | $ 67,294.00 |
| 3.4 Citibank | Checking | 3374 | $ 4,616.00 |
| 3.5 Bank of America | Checking | 1812 | $ 12,435.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1 None                                                                                    $

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        $ 137,318.00

| Debtor: | Helios and Matheson Analytics Inc. | | Case number *(if known):* | |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☒ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1 | Office Lease Security Deposit<br>Holder: Empire State Building<br>350, Fifth Avenue, New York | $ 115,995.00 |
| 7.2 | Former Officer Apartment<br>Holder: Tower 111 LLC. New York | $ 5,850.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | Insurance - Property, D&O, Cyber, Employee Liability Insurance<br>Holder:  NFP PROPERTY & CASUALTY SERVICES, INC.<br>45 EXECUTIVE DRIVE<br>PLAINVIEW, NY 11803 | $ 249,078.00 |
| 8.2 | Workers' Compensation, Umbrella, B&O Insurance<br>THE HARTFORD<br>P.O. BOX 33015<br>San Antonio, TX  78265-3015 | $ 1,592.68 |
| 8.3 | Vendor Prepayment<br>NAVEX Global Inc.<br>5500 Meadows Road, Suite 500<br>Lake Oswego, OR 97035 | $ 167.09 |
| 8.4 | Vendor Prepayment<br>App Annie<br>23 Geary Street, Suite 800<br>San Francisco, CA 94108 | $ 12,348.06 |
| 8.5 | Vendor Prepayment<br>Oxford Health Plans<br>PO Box 1697<br>Newark, NJ 07101-1697 | $ 56,237.48 |
| 8.6 | Vendor Prepayment<br>PC Mall Inc.<br>1940 Mariposa Ave<br>El Segundo, CA 90245 | $ 1,120.28 |
| 8.7 | Stock comp. true-up | $ 18,145.00 |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 460,533.59

Debtor: Helios and Matheson Analytics Inc.  Case number *(if known)*: _____

Name

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | Accounts Receivable | $ 195,579.35 | - $ | N/A | =.....➔ | $ | 195,579.35 |
| 11b. | Over 90 days old: | None | $ | - $ | | =.....➔ | $ | 0.00 |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 195,579.35

Debtor: Helios and Matheson Analytics Inc.
_____
Name

Case number *(if known)*: _____

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | | |
|---|---|---|---|
| 14.1 None | | $ | |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:  |  % of ownership:

| | | | | |
|---|---|---|---|---|
| 15.1 MoviePass, Inc. | 91.8 | Original Cost | $ | 140,196,792.00 |
| 15.2 MoviePass Films LLC | 51 | Original Cost | $ | 9,715,737.00 |
| 15.3 HMGS Pvt. Ltd. | 100 | Original Cost | $ | 250,000.00 |
| 15.4 Zone Technologies | 100 | Original Cost | $ | 9,858,660.00 |
| 15.5 MoviePass Ventures, Inc. | 100 | Original Cost | $ | Unknown |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | | |
|---|---|---|---|
| 16.1 None | | $ | |

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| $ | 160,021,189.00 |

Debtor: Helios and Matheson Analytics Inc.

Name

Case number *(if known)* _____

---

**Part 5:    Inventory, excluding agriculture assets**

18.    **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | $ _____ | | $ _____ |
| 20. **Work in progress** | | $ _____ | | $ _____ |
| 21. **Finished goods, including goods held for resale** | | $ _____ | | $ _____ |
| 22. **Other inventory or supplies** | | $ _____ | | $ _____ |

23.    **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

24.    **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.    Description _____    Book value $ _____    Valuation method _____    Current value $ _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor:  Helios and Matheson Analytics Inc.                    Case number *(if known)*: _____
         Name

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
   - ☒ No. Go to Part 7.
   - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ _____ | _____ | $ _____ |

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                    $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
   - ☐ No
   - ☐ Yes. Is any of the debtor's property stored at the cooperative?
     - ☐ No
     - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   - ☐ No
   - ☐ Yes.  Description _____  Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   - ☐ No
   - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

Debtor: Helios and Matheson Analytics Inc.
_____
Name

Case number *(if known)*: _____

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1  Office furniture/fixtures | $              24,178.00 | NBV | $              24,178.00 |
| **40. Office fixtures** | | | |
| 40.1  None | $ | | $ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Office equipment | $              8,987.00 | NBV | $              8,987.00 |
| 41.2  Computer hardware | $              54,038.00 | NBV | $              54,038.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  None | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| $ | 87,203.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor: _____  Case number *(if known)* _____
      Helios and Matheson Analytics Inc.
      Name

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☑ No. Go to Part 9.

   ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | $ _____ | _____ | $ _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| | $ _____ | | $ _____ |
| **49. Aircraft and accessories** | | | |
| | $ _____ | | $ _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ _____ | | $ _____ |

51. **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

                                                   $ _____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No

   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor: Helios and Matheson Analytics Inc.
Name

Case number *(if known)*: _____

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |
| 55.1  Office Building 350 Fifth Avenue, Suite 5330 New York, NY  10118 | Leased Property | $            N/A | N/A | $            N/A |
| 55.2  Leasehold improvement | Leased Property | $         734.00 | NBV | $         734.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$         734.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Helios and Matheson Analytics Inc.
_____
    Name

Case number *(if known)*: _____

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 MovieFone Trademarks | $ 4,379,504.00 | NBV | $ 4,379,504.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 None | $ | | $ |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 None | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 None | $ | | $ |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 Computer Software | $ 12,303.00 | NBV | $ 12,303.00 |
| **65. Goodwill** | | | |
| 65.1 None | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 4,391,807.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Helios and Matheson Analytics Inc.
_____    Case number *(if known)*: _____
Name

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**

Description (include name of obligor)     Total face amount     doubtful or uncollectible accounts

71.1 None     $ _____   - $ _____   =..... ➜ $ _____

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1 Federal NOL - Helios & Matheson Analytics, Inc.    Tax year 2019    $ 73,867,861.00

**73. Interests in insurance policies or annuities**

73.1 None     $ _____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 None     $ _____

Nature of claim     _____

Amount requested     $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 Zone Technologies     $ 11,626,226.00

Nature of claim     Intercompany Balance

Amount requested     $ 11,626,226.00

75.2 Zone Technologies, Inc.     $ 1,133,305.00

Nature of claim     Intercompany Loan

Amount requested     $ 1,133,305.00

75.3 MoviePass, Inc.     $ 187,285,000.00

Nature of claim     Intercompany Advance

Amount requested     $ 187,285,000.00

75.4 MoviePass, Inc.     $ 2,859,564.00

Nature of claim     Intercompany Balance

Amount requested     $ 2,859,564.00

75.5 MoviePass Films, Inc.     $ 874,089.00

Nature of claim     Intercompany Balance

Amount requested     $ 874,089.00

Debtor:  Helios and Matheson Analytics Inc.                                    Case number *(if known)*: _____

Name

| | | | |
|---|---|---|---|
| 75.6 | MoviePass Films, Inc. | | $ 300,000.00 |
| | **Nature of claim** | Intercompany Loan | |
| | **Amount requested** | $ 300,000.00 | |
| 75.7 | MoviePass Ventures, Inc. | | $ 4,999,451.00 |
| | **Nature of claim** | Intercompany Balance | |
| | **Amount requested** | $ 4,999,451.00 | |

**76.  Trusts, equitable or future interests in property**

76.1  None                                                                              $ _____

**77.  Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

77.1  None                                                                              $ _____

**78.  Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                    $ 282,945,496.00

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒  No
☐  Yes

Debtor: Helios and Matheson Analytics Inc.
_____
Name

Case number *(if known)*: _____

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 137,318.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2*. | $ 460,533.59 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 195,579.35 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 160,021,189.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 87,203.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................➔ | | $ 734.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 4,391,807.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 282,945,496.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.......................91a. | $ 448,239,125.94 | + 91b. $ 734.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................. | | $ 448,239,859.94 |

**Fill in this information to identify the case:**

Debtor Name: In re : Helios and Matheson Analytics Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number (if known):

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral that<br>supports this claim** |
|---|---|---|---|

2.1 **Creditor's name**

**Describe debtor's property that is subject to a lien**

$_____   $_____

Creditor's Name

**Creditor's mailing address**

**Describe the lien**

Notice Name

Street

**Is the creditor an insider or related party?**

☐ No

☐ Yes

City    State    ZIP Code

Country

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* *(Official Form 206H).*

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | |

Name

Notice Name

Street

City          State          ZIP Code

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Helios and Matheson Analytics Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number (if known):

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☑ No. Go to Part 2.
   ☐ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than
3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | **Total claim** | **Priority amount** |
|---|---|---|

2.1 **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:  $ _____   $ _____
*Check all that apply.*

Creditor Name

☐  Contingent

Creditor's Notice name

☐  Unliquidated

☐  Disputed

Address

**Basis for the claim:**

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account
number**

**Is the claim subject to offset?**
☐  No

**Specify Code subsection of PRIORITY unsecured

claim:** 11 U.S.C. § 507(a) ()

☐  Yes

**Part 2:**     **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
| --- | --- | --- | --- |

3.1 **Nonpriority creditor's name and mailing address**

MoviePass, Inc. (Intercompany with Helios & Matheson, Inc.)
Creditor Name

_____
Creditor's Notice name

350 Fifth Avenue, Suite 5330
Address

_____

| New York | NY | 10118 |
| --- | --- | --- |
| City | State | ZIP Code |

_____
Country

**As of the petition filing date, the claim is:** $ 1,746,539.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Intercompany Balance

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number** N/A

**Is the claim subject to offset?**

☐ No

☐ Yes

3.2 **Nonpriority creditor's name and mailing address**

MoviePass, Inc. (Intercompany with MovieFone, Inc.)
Creditor Name

_____
Creditor's Notice name

350 Fifth Avenue, Suite 5330
Address

_____

| New York | NY | 10118 |
| --- | --- | --- |
| City | State | ZIP Code |

_____
Country

**As of the petition filing date, the claim is:** $ 2,254,504.00
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Intercompany Balance

**Date or dates debt was incurred**

Various

**Last 4 digits of account**

**number** N/A

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Helios and Matheson Analytics Inc.                                                 Case number *(if known)* _____

_____

**3.3** **Nonpriority creditor's name and mailing address**

MoviePass, Inc. (Notes)
Creditor Name

_____
Creditor's Notice name

350 Fifth Avenue, Suite 5330
Address

_____

_____

New York                    NY              10118
City                            State            ZIP Code

_____
Country

**Date or dates debt was incurred**
Various

**Last 4 digits of account**

**number**  N/A

| As of the petition filing date, the claim is: | $ | 17,000,000.00 |
|---|---|---|

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Intercompany Notes
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**

See Attachment: Schedule E/F (Part 2)
Creditor Name

_____
Creditor's Notice name

_____
Address

_____

_____

_____
City                            State            ZIP Code

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

| As of the petition filing date, the claim is: | $ | 39,902,581.13 |
|---|---|---|

*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Official Form 206E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**
   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐ Not Listed.Explain | |
| Notice Name | | |
| Street | | |
| | | |
| | | |
| City          State          ZIP Code | | |
| Country | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $ 60,903,624.13 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 60,903,624.13 |

**Fill in this information to identify the case:**

Debtor Name: In re : Helios and Matheson Analytics Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number (if known):

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.1** **State what the contract or lease is for and the nature of the debtor's interest**

Contract Services Agreement

Allegis Global Solutions, Inc. ("AGS")
Name

Notice Name

7312 Parkway Drive
Address

**State the term remaining** 1 month until 2/25/2020

**List the contract number of any government contract** N/A

| Hanover | MD | 21076 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.2** **State what the contract or lease is for and the nature of the debtor's interest**

Office Lease Agreement

ESRT Management LLC
Name

Notice Name

111 West 33rd Street
Address

**State the term remaining** 29 months until June 30, 2022

**List the contract number of any government contract** N/A

| New York | NY | 10120 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Helios and Matheson Analytics Inc.                                    Case number *(if known)*

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | Helios and Matheson Global Services Private Limited |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | #306, 3rd Floor, Beta Block, Sigma Tech Park |
| | State the term remaining | Discretionary term | Address |
| | | | Varthur Kodi, Whitefield Road |
| | List the contract number of any government contract | N/A | |
| | | | |
| | | | Bangalore                    560066 |
| | | | City          State          ZIP Code |
| | | | India |
| | | | Country |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract | J Mitchell Lowe |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 6538 Collins Ave #236 |
| | State the term remaining | | Address |
| | List the contract number of any government contract | N/A | |
| | | | |
| | | | Miami          FL          33141 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Helios as Guarantor for Zone's Telephone Equipment Lease Agreement (7100 Samsung Phone System) | LEAF Capital Funding LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | One Commerce Square |
| | State the term remaining | 3 months until April 30, 2020 | Address |
| | | | 2005 Market Street 14th Floor |
| | List the contract number of any government contract | N/A | |
| | | | |
| | | | Philadelphia          PA          19103 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

Debtor:    Helios and Matheson Analytics Inc.                                    Case number *(if known)*: _____
           Name

2.6    **State what the contract or**         Master Services Agreement          Marca Global LLC
       **lease is for and the nature**                                           Name
       **of the debtor's interest**
                                                                                 _____
                                                                                 Notice Name

                                                                                 7100 E Belleview Ave Suite 310
       **State the term remaining**           3 months to April 16, 2020         Address

       **List the contract number of**        N/A                                _____
       **any government contract**
                                                                                 _____

                                                                                 Greenwood Village        CO          80111
                                                                                 City                     State       ZIP Code

                                                                                 _____
                                                                                 Country

**Fill in this information to identify the case:**

Debtor Name: In re : Helios and Matheson Analytics Inc.

United States Bankruptcy Court for the: Southern District of New York

Case number (if known):

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  Zone Technologies | 350 Fifth Avenue, Suite 5330 <br> Street | LEAF | ☐ D |
| | | | ☑ E/F |
| | | | ☐ G |
| | New York        NY        10118-5306 <br> City        State        ZIP Code | | |
| | Country | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor Name: In re : Helios and Matheson Analytics Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the: Southern District of New York</td></tr>
<tr><td>Case number (if known):</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/28/2020
           MM / DD / YYYY

✖ / s / Robert Damon
Signature of individual signing on behalf of debtor

Robert Damon
Printed name

Authorized Officer
Position or relationship to debtor

In re: Helios and Matheson Analytics Inc.

Schedule E/F: Part 2

Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Contact | Date incurred | Account number (last 4 digits) | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.5 | Alliance Advisors LLC | 200 Broadacres Dr, 3rd Floor<br>Bloomfield, NJ 07003 | | | | Trade Vendor | | x | x | x | $258,521.00 |
| 3.6 | Altara | 110 Chestnut Ridge Rd., #257<br>Mountvale, NJ 07645 | 877-528-2597 | | | Trade Vendor | | x | x | x | $6,480.00 |
| 3.7 | Alto Opportunity Master Fund, SPC | 89 Nexus Way, Camana Bay<br>KY1-9007<br>Cayman Islands | | | | Noteholder | | x | x | x | $62,462.74 |
| 3.8 | AMC Theaters | AMC Theatres<br>13731 Collections Center Drive<br>Chicago, IL 60693 | | | | Trade Vendor | | x | x | x | $635.00 |
| 3.9 | App Annie Inc. | 23 Geary Street, Suite 800<br>San Francisco, CA 94108 | | | | Trade Vendor | | x | x | x | $51,861.52 |
| 3.10 | Armistice Capital Master Fund Ltd. | 510 Madison Avenue, 22nd Floor<br>New York, NY 10022 | 212-231-4930 | | | Warrant Holder | | x | x | x | $742,000.00 |
| 3.11 | Auxygen LLC (AUX3) | 500 Brickell Ave E2801<br>Miami, FL 33131 | 781-974-3189 | | | Trade Vendor | | x | x | x | $297.29 |
| 3.12 | Bloomberg Finance LP | P.O. Box 416604<br>Boston, MA 02241-6604 | 212-318-2000 | | | Trade Vendor | | x | x | x | $7,044.22 |
| 3.13 | Jeffrey Braxton | Levi & Korsinsky, LLP<br>Mark Levine<br>55 Broadway, 10th Floor<br>New York, NY 10006 | 212-363-7500<br>Fax: 212-363-7171<br>Email: ek@zlk.com | | | Litigation | | x | x | x | Unknown |
| 3.14 | Broadridge | BROADRIDGE ICS<br>P.O. BOX 416423<br>BOSTON, MA 02241-6423 | 631-254-7422 | | | Trade Vendor | | x | x | x | $140,434.78 |
| 3.15 | Business Wire Inc | BUSINESS WIRE, INC<br>101 CALIFORNIA ST, 20TH FL<br>SAN FRANCISCO, CA 94111 | 415-986-4422 | | | Trade Vendor | | x | x | x | $7,570.00 |
| 3.16 | California District Attorney Offices | Contra Costa County District Attorney's Office<br>Gary E. Koeppel, Esq., John Ortiz, Esq.<br>Deputy District Attorneys<br>900 Ward Street<br>Martinez, CA 94553-1708 | | | | Litigation | | x | x | x | Unknown |
| 3.16 | California District Attorney Offices | San Joaquin County District Attorney's Office<br>Stephen Maier, Esq.<br>Deputy District Attorney<br>222 E. Weber Avenue #202<br>Stockton, CA 95202-2709 | | | | Litigation | | x | x | x | Unknown |

In re: Helios and Matheson Analytics Inc.

Schedule E/F: Part 2

Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Contact | Date incurred | Account number (last 4 digits) | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.16 | California District Attorney Offices | Sonoma County District Attorney's Office<br>Caroline Fowler, Esq.<br>Matt Cheever, Esq.<br>Deputy District Attorneys<br>600 Administration Drive, Room 212J<br>Santa Rosa, CA 95403-2870 | | | | Litigation | | x | x | x | Unknown |
| 3.16 | California District Attorney Offices | Ventura County District Attorney's Office<br>Danny Lo, Esq.<br>Deputy District Attorney<br>5720 Ralston Street, Suite 300<br>Ventura, CA 93003-7843 | | | | Litigation | | x | x | x | Unknown |
| 3.17 | Centri Business Consulting, LLC | 651 Township Line Road, #1663<br>Blue Bell, PA 19422 | | | | Trade Vendor | | x | x | x | $89,822.50 |
| 3.18 | Centri Valuation Services, LLC | 651 Township Line Road<br>#1663 Blue Bell, PA 19422 | | | | Trade Vendor | | x | x | x | $23,890.00 |
| 3.19 | CFGI, LLC | 99 High Street, 30th Floor<br>Boston, MA 02110 | 617-531-8270 | | | Trade Vendor | | x | x | x | $958,091.24 |
| 3.20 | Jeffrey Chang | Levi & Korsinsky, LLP<br>Eduard Korsinsky<br>55 Broadway, 10th Floor<br>New York, NY 10006 | 212-363-7500<br>Fax: 212-363-7171<br>Email: ek@zlk.com | | | Litigation | | x | x | x | Unknown |
| 3.21 | Yu Chen | The Brown Law Firm, PC<br>Timothy W Brown<br>240 Townscend Square<br>Oyster Bay, NY 11771 | | | | Litigation | | x | x | x | Unknown |
| 3.22 | CMarie Productions LLC | CMarie Productions, LLC<br>15172 Tungwood Street<br>Westminster, CA 92683 | 925-408-4771 | | | Trade Vendor | | x | x | x | $14,500.00 |
| 3.23 | Computershare Inc. | Computershare Inc.<br>Dept CH 16934<br>Palatine, IL 60055-9228 | 866-524-0690 | | | Trade Vendor | | x | x | x | $40,965.52 |
| 3.24 | Cornerstone Research | 633 West Fifth Street, 31st Floor<br>Los Angeles, CA 90071-2005 | 213-553-2500 | | | Trade Vendor | | x | x | x | $24,904.95 |
| 3.25 | Creditors Adjustment Bureau, Inc. | Law Offices of Kenneth J. Freed<br>Kenneth J. Freed, David E. Weeks<br>14226 Ventura Boulevard<br>Sherman Oaks, CA 91423 | 818-990-0888 | | | Litigation | | x | x | x | Unknown |
| 3.26 | CVI Investments Inc. | PO Box 309<br>Grand Cayman E9 KY1-1104<br>Cayman Islands | | | | Noteholder | | x | x | x | $489,052.47 |
| 3.27 | D.C. Berridge, LLC (dba Best Events) | 314 N Vista St.<br>Los Angeles, CA 90036 | 323-857-5577 | | | Trade Vendor | | x | x | x | $31,250.00 |

In re: Helios and Matheson Analytics Inc.
Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Contact | Date incurred | Account number (last 4 digits) | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.28 | John P. Dash | Robbins Geller Rudman & Dowd LLP (San Diego)<br>Benny C. Goodman, III, Erik W. Luedeke<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101 | (619) 231-1058<br>Fax: (619)-231-7423<br>bennyg@rgrdlaw.com;<br>eluedeke@rgrdlaw.com | | | Litigation | | x | x | x | Unknown |
| 3.29 | John P. Dash | Robbins Geller Rudman & Dowd LLP<br>Mary Katherine Blasy<br>58 South Services Road, Suite 200<br>Melville, NY 11747 | 631-367-7100<br>Fax: 631-367-1173<br>mblasy@rgrdlaw.com | | | Litigation | | x | x | x | Unknown |
| 3.30 | Directors Desk | Directors Desk, LLC – LBX #50200<br>P.O. Box 780200<br>Philadelphia, PA 19178-0200 | | | | Trade Vendor | | x | x | x | $1,531.19 |
| 3.31 | Donohoe Advisory Associates LLC | 9901 Belward Campus Dr<br>Suite 175<br>Rockville, MD 20850 | | | | Trade Vendor | | x | x | x | $4,163.88 |
| 3.32 | Empery Asset Master LTD | 1 Rockefeller Plaza, Suite 1205<br>New York, NY 10020 | 212-608-3300 | | | Noteholder | | x | x | x | $129,550.51 |
| 3.33 | Empery Tax Effeciant, LP | 1 Rockefeller Plaza, Suite 1205<br>New York, NY 10020 | 212-608-3300 | | | Noteholder | | x | x | x | $64,230.98 |
| 3.34 | Empery Tax Effeciant II, LP | 1 Rockefeller Plaza, Suite 1205<br>New York, NY 10020 | 212-608-3300 | | | Noteholder | | x | x | x | $126,030.67 |
| 3.35 | Empire State Building | ESRT Empire State Building, LLC<br>111 West 33rd Street 12th Floor<br>New York, NY 10120 | 212-400-3407 | | | Lease Counterparty | | x | x | x | $41,184.83 |
| 3.36 | Epiq eDiscovery Solutions | 777 Third Ave,12th Floor<br>New York, NY 10017 | 913-621-9980 | | | Trade Vendor | | x | x | x | $145,117.50 |
| 3.37 | Federal Trade Commission | Federal Trade Commission<br>Zachary A. Keller<br>Southwest Region<br>1999 Bryan St. Suite 2150<br>Dallas, TX 75201 | | | | Litigation | | x | x | x | Unknown |
| 3.38 | First Insurance funding - Accnt# 900-90594656 | FIRST Insurance Funding<br>450 Skokie Blvd, Ste 1000<br>Northbrook, IL 60062-7917 | 800-837-2511 | | | Insurance | | x | x | x | $40,577.55 |
| 3.39 | First Insurance funding - Accnt# 900-91215350 | FIRST Insurance Funding<br>450 Skokie Blvd, Ste 1000<br>Northbrook, IL 60062-7917 | 800-837-2511 | | | Insurance | | x | x | x | $137,799.92 |
| 3.40 | Muralikrisha Gadiyaram | 350 Fifth Avenue, Suite 5330<br>New York, NY  10118 | | | | Trade Vendor | | x | x | x | $131,250.00 |

In re: Helios and Matheson Analytics Inc.

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Contact | Date incurred | Account number (last 4 digits) | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.41 | geniSIGHTS Inc | Genisights INC, No. 2035 Sunset Lake Road, Suite B-2 New Castle County Newark, DE 19702 | | | | Trade Vendor | | x | x | x | $16,000.00 |
| 3.42 | Gravity Capital Partners Ltd | 710 Carlyle St Woodmere, NY 11598 | 516-851-5112 | | | Trade Vendor | | x | x | x | $30,000.00 |
| 3.43 | Greenberg Traurig, LLP ( GT Law) | 1840 Century Park East  Suite 1900 Los Angeles, CA 90067 | 310-586-7700 | | | Trade Vendor | | x | x | x | $4,065,010.37 |
| 3.44 | Hudson Bay Master Fund Ltd | 777 3rd Avenue New York, NY 10017 | 212-571-1244 | | | Noteholder | | x | x | x | $20,121,997.68 |
| 3.45 | Hudson Bay Master Fund Ltd | 777 3rd Avenue New York, NY 10017 | 212-571-1244 | | | Noteholder | | x | x | x | $3,401,403.31 |
| 3.46 | Hudson Bay Master Fund Ltd | 777 3rd Avenue New York, NY 10017 | 212-571-1244 | | | Noteholder | | x | x | x | $6,102,602.06 |
| 3.47 | Hudson Bay Master Fund Ltd | 777 3rd Avenue New York, NY 10017 | 212-571-1244 | | | Warrant Holder | | x | x | x | $742,000.00 |
| 3.48 | Madison Geery | Goddard Law PLLC Megas S. Goddard, Esq 39 Broadway Suite 1540 New York, NY 10038 | (646) 504-8363 | | | Litigation | | x | x | x | Unknown |
| 3.49 | Genadi Ignatov | Gainey McKenna & Egleston Gregory M. Egleston 440 Park Avenue, South 5th Floor New York, NY 10016 | 212-983-1300 Fax: 212-983-0380 egleston@gme-law.com | | | Litigation | | x | x | x | Unknown |
| 3.50 | Kirthi Kalyanam | 16823 Leroy Avenue Los Gatos, CA 95032 | 408-394-7786 | | | Trade Vendor | | x | x | x | $30,000.00 |
| 3.51 | Krieger Kim & Lewin LLP | 500 Fifth Avenue, 34th Floor New York, NY 10110 | | | | Trade Vendor | | x | x | x | $5,993.00 |
| 3.51 | Law Offices of Peter Katz LLC | 52 Duane Street, 7th Floor New York, NY 10007 | 212-933-9323 | | | Trade Vendor | | x | x | x | $7,762.50 |
| 3.52 | David J. Lichter | Weisslaw LLP Richard A. Acocelli 1500 Broadway, 16th Floor New York, NY 10036 | 212-682-3025 racocelli@weisslawllp.com | | | Litigation | | x | x | x | Unknown |
| 3.53 | J Mitchell Lowe | 6538 Collins Ave #326 Miami, FL 33141 | | | | Employee | | x | x | x | Unknown |
| 3.54 | Lowenstein Sandler LLP | One Lowenstein Drive Roseland, NJ 07068 | 973-597-2500 | | | Trade Vendor | | x | x | x | $20,947.50 |

In re: Helios and Matheson Analytics Inc.

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Contact | Date incurred | Account number (last 4 digits) | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.55 | Madison Global Partners, LLC | Baritz & Colman, LLP<br>David S. Richan<br>233 Broadway<br>Suite 2020<br>New York, NY 10279 | 212-886-1693 | | | Litigation | | x | x | x | Unknown |
| 3.56 | Media Audits International | 5775 DTC Blvd., Suite 400<br>Greenwood Village, CO 80111 | 303-694-0444 | | | Trade Vendor | | x | x | x | $13,879.25 |
| 3.56 | Mediant Communications Inc | 17 State Street, 7th Floor<br>New York, NY 10004 | 212-514-5202 | | | Trade Vendor | | x | x | x | $71,656.84 |
| 3.57 | MITCHELL SILBERBERG & KNUPP LLP | 2049 Century Park East, 18th Floor<br>Los Angeles, CA 90067 | 310-312-2000 | | | Trade Vendor | | x | x | x | $84,956.44 |
| 3.58 | New York Attorney General | Stewart C. Dearing<br>Assistant Attorney General<br>28 Liberty Street<br>New York, NY 10005 | | | | Litigation | | x | x | x | Unknown |
| 3.59 | Nithyaesh & Vaibhav | H-9/1, 2nd Floor, Kambar Street<br>Kalashetra Colony<br>Besant Nagar, Chennai - 600090<br>India | | | | Trade Vendor | | x | x | x | $24,000.00 |
| 3.60 | NMN Advisors | 815 Northvale Rd<br>Oakland, CA 94610 | | | | Trade Vendor | | x | x | x | $21,000.00 |
| 3.61 | Now You Global Communication (Maayan Nave Enterprise & Management Ltd.) | Radim 14 Entry 4<br>Tel Aviv - Yafo 6998225<br>Israel | 077-4245701 | | | Trade Vendor | | x | x | x | $317,100.00 |
| 3.62 | Proactive Investors LLC | 767 3rd Avenue<br>New York, NY 10017 | | | | Trade Vendor | | x | x | x | $27,218.75 |
| 3.63 | Sabby Volitility Warrant Master Fund, Ltd. | c/o Sabby Management, LLC<br>10 Mountainview Road Suite 205<br>Upper Saddle River, NJ 07458 | 646-307-4527 | | | Warrant Holder | | x | x | x | $742,000.00 |
| 3.63 | Securities and Exchange Commission | United States Attorney's Office<br>Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, New York 11201 | | | | Litigation | | x | x | x | Unknown |
| 3.64 | Securities and Exchange Commission | U.S. Department of Justice<br>950 Constitution Ave., NW<br>Washington, DC 20530 | | | | Litigation | | x | x | x | Unknown |
| 3.65 | Jackie Tabas | Hershenson Rosenberg-Wohl, APC<br>David Michael Rosenberg-Wohl<br>315 Montgomery St., 8th Fl.<br>San Francisco, CA 94104 | 415-829-4330<br>david@hrw-law.com | | | Litigation | | x | x | x | Unknown |

In re: Helios and Matheson Analytics Inc.

Schedule E/F: Part 2

Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Contact | Date incurred | Account number (last 4 digits) | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.66 | The Pollack PR Marketing Group | 1901 Avenue of the Stars, Suite 1040 Los Angeles, CA 90067 | 310-556-4443 | | | Trade Vendor | | x | x | x | $53,500.00 |
| 3.67 | Timour Prokpiev | The Rosen Law Firm, PA Phillip Kim, Erica L. Stone 275 Madison Avenue, 40th Floor New York, NY 10016 | 212-686-1060 pkim@rosenlegal.com; estone@rosenlegal.com | | | Litigation | | x | x | x | Unknown |
| 3.68 | THE TAG EXPERIENCE, LLC | 1210 97th St. Bay Harbor Islands, FL 33154 | 917-553-4542 | | | Trade Vendor | | x | x | x | $87,660.00 |
| 3.69 | TSI (Teqnical Services, Inc.) | PO Box 303 Quaker Hill, CT 06375 | 860-440-3887 | | | Trade Vendor | | x | x | x | $121,875.00 |
| 3.70 | Universal Studios Operations Group | 100 Universal City Plaza Universal City, CA 91608 | 818-777-4544 | | | Trade Vendor | | x | x | x | $2,760.67 |
| 3.71 | Viollis Group International | | 212-315-0088 | | | Trade Vendor | | x | x | x | $2,556.00 |

In re: Helios and Matheson Analytics Inc.

Schedule E/F: Part 2
Creditors Who Have NONPRIORITY Unsecured Claims

| | Nonpriority Creditor's Name | Address | Contact | Date incurred | Account number (last 4 digits) | Basis for claim | Subject to offset (Y/N) | Contingent | Unliquidated | Disputed | Amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.72 | Lawrence Weinberger and Laurie Weinberger | Reese LLP<br>George Volney Granade<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, CA 90211 | 212-643-0500<br>Fax: 212-253-4272<br>ggranade@reesellp.com | | | Litigation | | x | x | x | Unknown |
| 3.72 | Lawrence Weinberger and Laurie Weinberger | Reese Richman, LLP<br>Michael Robert Reese<br>875 Avenue of the Americas<br>18th Floor<br>New York, NY 10001 | (212) 579-4625<br>Fax: (212) 253-4272<br>mreese@reesellp.com | | | Litigation | | x | x | x | Unknown |
| 3.73 | WithumSmith+Brown | Accounts Receivable<br>P.O. Box 5340<br>Princeton, NJ 08543 | 609-945-7966 | | | Trade Vendor | | x | x | x | $17,481.50 |
| | | | | | | | | | | TOTAL: | $39,902,581.13 |

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Brian F. Moore

*Counsel to the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re: | : |  |
|  | : | Case No. |
| HELIOS AND MATHESON ANALYTICS INC., | : |  |
|  | : |  |
|  | : |  |
| Debtor. | : |  |

---------------------------------------------------------- x

**STATEMENT OF FINANCIAL AFFAIRS FOR**
**HELIOS AND MATHESON ANALYTICS INC.**

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Brian F. Moore

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
                                      :

In re:                              :       Chapter 7

                                     :

                                     :       Case No.

HELIOS AND MATHESON ANALYTICS INC. :

                                     :

                                     :

                 Debtor.       :

                                     :
-------------------------------------------------------------- x

## GLOBAL NOTES REGARDING
## BANKRUPTCY SCHEDULES AND STATEMENTS

Basis of Presentation. The Bankruptcy Materials reflect the assets and liabilities of the Debtor.[1] The Bankruptcy Materials do not purport to represent financial statements prepared in accordance with U.S. Generally Accepted Accounting Principles ("**GAAP**").

Failure to include an asset on the Bankruptcy Materials does not represent an admission that such asset is not property of the Debtor. Similarly, inclusion of a liability on the Bankruptcy Materials of the Debtor does not represent an admission that the Debtor is the party obligated for such liability.

Schedule A/B(11)—Net Book Value. Helios & Matheson Analytics, Inc's assets consist primarily of investments in their subsidiaries. It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtor to obtain or estimate current market valuations of all of their assets at this time. Unless otherwise indicated, net book values as of the Petition Date are reflected on the Bankruptcy Materials. The net book value reflect the original investment in each of the subsidiaries. The net book value for an asset may be materially

---

[1]   Helios and Matheson Analytics Inc., and its subsidiaries and affiliates, Zone Technologies, Inc., and MoviePass, Inc. (each a "Debtor," and collectively the "Debtors") concurrently commenced Chapter 7 cases.

different from its fair market value. Except as otherwise indicated, each asset and liability of the Debtor reflected in the Schedules reflect the carrying value of the assets and liabilities as listed in the available books and records of the Debtor, and are not based upon any estimate of their current market values.

Schedule A/B(11)/Schedule F—Intercompany Claims.  Receivables and payables among a Debtor and its affiliates (each an "Intercompany Receivable" or "Intercompany Payable" and, together, the "Intercompany Claims") are reported on Schedule A/B(11) or Schedule F as a net receivable or payable due to/or from the Debtor to/from an affiliate. Where no balance is listed, the Debtor does not believe, based on information currently available, that such Debtor has any Intercompany Receivable or Intercompany Payable. However, the Intercompany balances, Intercompany Loans, Intercompany Interests and any type of Intercompany claims are considered non recoverable with no value.

Schedule G: Executory Contracts and Unexpired Leases.  While commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusions may have occurred. The Debtor reserves all of their rights to dispute the validity, status or enforceability of any contracts,  agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

SOFA: Insiders.  In the circumstance where the Bankruptcy Materials require information regarding insiders and/or officers and directors, the Debtor has attempted to include therein each of the Debtor's (a) directors and (b) employees that may be, or may have been during the relevant period, "officers," as such term is defined by applicable law. The listing of a party as an insider is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Fill in this information to identify the case:**

Debtor Name: In re : Helios and Matheson Analytics Inc.

United States Bankruptcy Court for the: Southern District Of New York

Case number (if known):

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 1/1/2020<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | $ _____ Unknown |
| For prior year: | From 1/1/2019<br>MM / DD / YYYY | to | 12/31/2019<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ _____ 2,522,357.00 |
| For the year before that: | From 1/1/2018<br>MM / DD / YYYY | to | 12/31/2018<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ _____ 3,512,503.00 |

Debtor: Helios and Matheson Analytics Inc.

Name

Case number *(if known):* _____

## 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

|  |  | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date | None | $ _____ |
|  | MM / DD / YYYY |  |  |
| **For prior year:** | From _____ to _____ | None | $ _____ |
|  | MM / DD / YYYY    MM / DD / YYYY |  |  |
| **For the year before that:** | From _____ to _____ | None | $ _____ |
|  | MM / DD / YYYY    MM / DD / YYYY |  |  |

Debtor: _Helios and Matheson Analytics Inc._    Case number *(if known)*: _____

Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825 . (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1 See Attachment: Part 2 Question 3<br><br>Creditor's Name<br><br><br>Street<br><br><br><br>City          State          ZIP Code<br><br>Country | Various | $          1,574,920.69 | ☐  Secured debt<br><br>☐  Unsecured loan repayments<br><br>☐  Suppliers or vendors<br><br>☐  Services<br><br>☐  Other |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address | Dates | Total amount or value | Reason for payment or transfer |
|---|---|---|---|
| 4.1 See Attachment: Part 2 Question 4<br>Insider's Name<br><br><br>Street<br><br><br><br>City          State          ZIP Code<br><br>Country<br><br>**Relationship to Debtor** | Various | $          1,406,342.67 | |

Debtor:    Helios and Matheson Analytics Inc.                                    Case number *(if known)*:    _____

Name

5.  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's Name and Address | Description of the Property | Date | Value of property |
|---|---|---|---|
| 5.1 _____ <br> Creditor's Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City        State        ZIP Code <br><br> _____ <br> Country | _____ | _____ | $ _____ |

6.  **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's Name and Address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 _____ <br> Creditor's Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City        State        ZIP Code <br><br> _____ <br> Country | _____ <br><br> Last 4 digits of account number: XXXX– _____ | _____ | $ _____ |

Debtor:  Helios and Matheson Analytics Inc.                                    Case number *(if known)* _____
_____
        Name

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | See Attachment: Part 3, Question 7 | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | **Case number** | | City          State          ZIP Code | |
| | | | Country | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| | Custodian's name and address | Description of the Property | Value |
|---|---|---|---|
| 8.1 | | | $ |
| | Custodian's name | | **Court name and address** |
| | Street | **Case title** | Name |
| | City          State          ZIP Code | **Case number** | Street |
| | Country | **Date of order or assignment** | City          State          ZIP Code |
| | | | Country |

Debtor: Helios and Matheson Analytics Inc.                                 Case number *(if known)*: _____

Name

| Part 4: | Certain Gifts and Charitable Contributions |

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 _____ <br> Creditor's Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City          State          ZIP Code <br><br> _____ <br> Country <br> **Recipient's relationship to debtor** <br><br> _____ | _____ <br><br> _____ | | $ _____ |

Debtor:  Helios and Matheson Analytics Inc.                          Case number *(if known)*: _____
         _____
         Name

| Part 5: | Certain Losses |

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 _____ | _____ | _____ | $ _____ |

Debtor: Helios and Matheson Analytics Inc.    Case number *(if known)*: _____

Name

---

| Part 6: | Certain Payments or Transfers |

**11.    Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐  None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | See Attachment: Part 6 Question 11 | | Various | $ 640,970.00 |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City          State          ZIP Code | | | |
| | Country | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12.    Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑  None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1 | | | | $ |
| | **Trustee** | | | |
| | | | | |

Debtor: Helios and Matheson Analytics Inc.                                    Case number *(if known)*: _____

Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | _____ | _____ | _____ | $ _____ |

**Address**

_____
Street

_____

_____
City          State          ZIP Code

_____
Country

**Relationship to Debtor**

_____

Debtor: Helios and Matheson Analytics Inc.

Name

Case number *(if known)* _____

| Part 7: | Previous Locations |
|---------|--------------------|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | | Dates of occupancy | |
|---------|---|---|--------------------|---|

14.1  _____

Street

_____

_____
City          State          ZIP Code

_____
Country

From _____   To _____

Debtor: Helios and Matheson Analytics Inc.                    Case number *(if known)*: _____

Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility Name and Address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 _____ Facility Name | | |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ City    State    ZIP Code | | Check all that apply: ☐ Electronically ☐ Paper |
| _____ Country | | |

Debtor: Helios and Matheson Analytics Inc.                                    Case number *(if known)*: _____

Name

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☒ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| 17.1 HELIOS AND MATHESON ANALYTICS INC TAX DEFERRED SAVINGS PLAN | EIN: 13-3169913 |

    Has the plan been terminated?
    ☒ No
    ☐ Yes

Debtor:  Helios and Matheson Analytics Inc.                                    Case number *(if known)*: _____

       Name

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City    State    ZIP Code <br><br> _____ <br> Country | XXXX- _____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | $ _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City    State    ZIP Code <br><br> _____ <br> Country | _____ <br><br> **Address** <br> _____ | _____ | ☐ No <br><br> ☐ Yes |

---

Debtor:    Helios and Matheson Analytics Inc.    Case number *(if known):* _____

Name

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 20.1 | Allstate Information Management <br> *Name* <br><br> 80 Beckwith Avenue <br> *Street* <br><br><br> Paterson        NJ        07503 <br> *City*        *State*        *ZIP Code* <br> 800-225-1080 <br> *Country* | James Antoine (employee) | Books and records | ☐ No <br><br> ☑ Yes |
| | | | **Address** | |

Debtor:  Helios and Matheson Analytics Inc.        Case number *(if known)*: _____

Name

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 _____ | _____ | _____ | $ _____ |
| Name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City          State          ZIP Code | | | |
| _____ | | | |
| Country | | | |

Debtor:    Helios and Matheson Analytics Inc.    Case number *(if known)*: _____

Name

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No

☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|---|
| 22.1 | _____ | Name _____ Street _____ | _____ | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case Number** | | | |
| | _____ | City    State    ZIP Code _____ Country _____ | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 23.1 | Name _____ Street _____ City    State    ZIP Code _____ Country _____ | Name _____ Street _____ City    State    ZIP Code _____ Country _____ | _____ | _____ |

Debtor:    Helios and Matheson Analytics Inc.                                                    Case number *(if known):* _____

Name

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 24.1 | Name | Name | | |
| | Street | Street | | |
| | | | | |
| | City          State          ZIP Code | City          State          ZIP Code | | |
| | Country | Country | | |

Debtor:    Helios and Matheson Analytics Inc.                                    Case number *(if known)*: _____

Name

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25.   Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.Include this information even if already listed in the Schedules.

☐  None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 Helios and Matheson Global Services Pvt Ltd<br>Name | Back office services for Helios and Matheson Analytics Inc. | EIN: N/A |
| | | **Dates business existed** |
| #306, 3rd Floor, Beta Block, Sigma Tech Park<br>Street | | From   Unknown         To   Present |
| Varthur Kodi, Whitefield Road | | |
| Bangalore          560066<br>City                State       ZIP Code | | |
| India<br>Country | | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.2 Zone Technologies Inc.<br>Name | Provider of GPS based security information | EIN: 47-5435124 |
| | | **Dates business existed** |
| 444 Brickell Avenue<br>Street | | From   2015           To   Present |
| Miami          FL<br>City                State       ZIP Code | | |
| Country | | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.3 MoviePass, Inc.<br>Name | Movie ticket sales | EIN: 27-4819893 |
| | | **Dates business existed** |
| 350 Fifth Avenue, Suite 5330<br>Street | | From   2011           To   Present |
| New York          NY       10118<br>City                State       ZIP Code | | |
| Country | | |

Debtor:  Helios and Matheson Analytics Inc.                                    Case number *(if known):*  _____

Name

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| 25.4 MoviePass Ventures LLC | Investor in movie distribution | EIN: 82-4061325 |
| Name | | |

| 350 Fifth Avenue, Suite 5330 | | **Dates business existed** |
|---|---|---|
| Street | | From  2018         To  Present |

| New York | NY | 10118 |
|---|---|---|
| City | State | ZIP Code |

| Country |
|---|

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| 25.5 MoviePass Entertainment Holdings, Inc. | Shell entity, no operations | EIN: 83-2443293 |
| Name | | |

| 350 Fifth Avenue, Suite 5330 | | **Dates business existed** |
|---|---|---|
| Street | | From  2018         To  Present |

| New York | NY | 10118 |
|---|---|---|
| City | State | ZIP Code |

| Country |
|---|

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| 25.6 MoviePass Films LLC | Movie production, ownership | EIN: 83-0662497 |
| Name | | |

| 8200 Wilshire Boulevard | | **Dates business existed** |
|---|---|---|
| Street | | From  2018         To  Present |

| Beverly Hills | CA | 90211 |
|---|---|---|
| City | State | ZIP Code |

| Country |
|---|

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and Address | Dates of service |
|---|---|
| 26a.1 Helios & Matheson Analytics Inc. | From  1/1/2018         To  present |
| Name | |

| 350 Fifth Avenue |
|---|
| Street |

| New York | NY | 10118 |
|---|---|---|
| City | State | ZIP Code |

| Country |
|---|

Debtor:  Helios and Matheson Analytics Inc.                                    Case number *(if known)*: _____

Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared  a financial statement within 2 years before filing this case.

☐ None

| Name and Address | Dates of service | | |
|---|---|---|---|
| 26b.1  Rosenberg Rich Baker Berman & Company | From  Jan 2017 | To | Dec 2018 |
| Name | | | |
| 265 Davidson Ave, Suite 210 | | | |
| Street | | | |
| Somerset    NJ    08873 | | | |
| City    State    ZIP Code | | | |
| Country | | | |
| 26b.2  Centri Business Consulting, LLC | From  Jan 2017 | To | Dec 2018 |
| Name | | | |
| 651 Township Line Road, #1663 | | | |
| Street | | | |
| Blue Bell    PA    19422 | | | |
| City    State    ZIP Code | | | |
| Country | | | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1  Helios and Matheson Analytics Inc. | |
| Name | |
| 350 Fifth Avenue | |
| Street | |
| New York    NY    10118 | |
| City    State    ZIP Code | |
| Country | |

Debtor:  Helios and Matheson Analytics Inc.                                          Case number *(if known)*: _____

Name

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1 |
| Name |
| Street |
| City                          State              ZIP Code |
| Country |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1 |
| Name |
| Street |
| City          State          ZIP Code |
| Country |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and Nature of any interest | % of interest, if any |
|---|---|---|---|
| 28.1 Parthasarathy Krishnan | 350 Fifth Avenue, Suite 5330, New York, NY 10118 | CEO | None |
| 28.2 Robert Damon | 350 Fifth Avenue, Suite 5330, New York, NY 10118 | Interim CFO | None |
| 28.3 Prathap Singh | 350 Fifth Avenue, Suite 5330, New York, NY 10118 | Board Director | None |
| 28.4 Joseph J Fried | 350 Fifth Avenue, Suite 5330, New York, NY 10118 | Board Director | None |
| 28.5 Gavriel Ralbag | 350 Fifth Avenue, Suite 5330, New York, NY 10118 | Board Director | None |

Debtor: Helios and Matheson Analytics Inc.                                                    Case number *(if known)*: _____

| Name | | | |
|---|---|---|---|
| 28.6 Muralikrishna Gadiyaram | 350 Fifth Avenue, Suite 5330, New York, NY 10118 | Board Director | Less than 1% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,  members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☒ Yes. Identify below.

| Name | Address | Position and Nature of any interest | Period during which position or interest was held | |
|---|---|---|---|---|
| 29.1 Theodore J Farnsworth | 350 Fifth Avenue, Suite 5330, New York, NY 10118 | CEO | From 1/1/2019 | To 9/15/2019 |
| 29.2 Stuart Benson | 350 Fifth Avenue, Suite 5330, New York, NY 10118 | CFO | From 1/1/2019 | To 3/31/2019 |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans,credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 See Attachment: Part 2 Question 4 | | | |

Name

Street

City          State          ZIP Code

Country

**Relationship to debtor**

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No

☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1 Helios and Matheson Analytics Inc. | EIN: 13-3169913 |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN: |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C.§§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/28/2020
              MM / DD / YYYY

✗   / s / Robert Damon                                   Printed name   Robert Damon

Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Authorized Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐   No

☑   Yes

In re: Helios Matheson Analytics Inc.

Attachment 3.1

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Address | Dates | Amount or value | Total | transfer | If Other… |
|---|---|---|---|---|---|---|
| American Arbitration Association | 120 Broadway, Floor 21 New York, NY 10271 | 11/13/2019 | $ 4,200.00 | | Services | |
| | | 11/25/2019 | $ 2,800.00 | | Services | |
| | | 12/4/2019 | $ 1,400.00 | | Services | |
| | | | | $ 8,400.00 | | |
| American Express | P.O. BOX 1270 Newark, NJ 07101-1270 | 11/13/2019 | $ 30,536.41 | | Suppliers or Vendors | |
| | | 11/14/2019 | $ 5,391.67 | | Suppliers or Vendors | |
| | | 12/11/2019 | $ 4,258.11 | | Suppliers or Vendors | |
| | | 12/11/2019 | $ 11,453.63 | | Suppliers or Vendors | |
| | | | | $ 51,639.82 | | |
| BARRY WIEDERMAN | 129 Manor Street Plainview, NY 11803 | 11/15/2019 | $ 5,550.00 | | Services | |
| | | 12/6/2019 | $ 8,733.25 | | Services | |
| | | 12/16/2019 | $ 11,268.75 | | Services | |
| | | 1/10/2020 | $ 5,456.25 | | Services | |
| | | 1/23/2020 | $ 3,150.00 | | Services | |
| | | 1/24/2020 | $ 1,050.00 | | Services | |
| | | | | $ 35,208.25 | | |
| Cassel Salpeter & Co., LLC | 801 Brickell Avenue Suite 1900 Miami, FL 33131 | 10/30/2019 | $ 25,000.00 | | Other | Bankruptcy Payments |
| | | 11/8/2019 | $ 1,109.57 | | Other | Bankruptcy Payments |
| | | 12/4/2019 | $ 27,150.00 | | Other | Bankruptcy Payments |
| | | 12/23/2019 | $ 25,000.00 | | Other | Bankruptcy Payments |
| | | 1/24/2020 | $ 25,000.00 | | | |
| | | | | $ 103,259.57 | | |
| ESRT Empire State Building, LLC | 111 West 33rd Street 12th Floor New York, NY 10120 | 10/31/2019 | $ 20,574.59 | | Suppliers or Vendors | |
| | | | | $ 20,574.59 | | |
| FIRST INSURANCE FUNDING CORP. | 450 Skokie Blvd, Ste 1000 Northbrook, IL 60062-7917 | 10/30/2019 | $ 8,115.51 | | Suppliers or Vendors | |
| | | 11/25/2019 | $ 8,115.51 | | Suppliers or Vendors | |
| | | 12/20/2019 | $ 8,115.51 | | Suppliers or Vendors | |
| | | 1/21/2020 | $ 68,899.96 | | Suppliers or Vendors | |
| | | 1/9/2020 | $ 8,115.51 | | Suppliers or Vendors | |
| | | | | $ 101,362.00 | | |
| Greenberg Traurig, LLP | 1840 Century Park East, Suite 1900 Los Angeles, California 90067 | 11/4/2019 | $ 10,000.00 | | Services | |
| | | 12/18/2019 | $ 30,000.00 | | Services | |
| | | 1/21/2020 | $ 15,000.00 | | Services | |
| | | 1/23/2020 | $ 20,100.00 | | Services | |
| | | | | $ 75,100.00 | | |
| Helios and Matheson Global Services | Tech Park, Varthur Kodi, Whitefield Road, Bangalore 560066 India | 10/25/2019 | $ 7,559.00 | | Other | Intercompany |
| | | 12/3/2019 | $ 26,000.00 | | Other | Intercompany |
| | | 12/27/2019 | $ 18,000.00 | | Other | Intercompany |
| | | | | $ 51,559.00 | | |

In re: Helios Matheson Analytics Inc.
Attachment 3

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Address | Dates | Amount or value | Total | transfer | If Other… |
|---|---|---|---|---|---|---|
| Kenneth A. Zitter, Esq | 260 Madison Avenue<br>New York, NY 10016 | 11/11/2019 $<br>12/27/2019 $ | 10,000.00<br>15,000.00 | $ 25,000.00 | Services<br>Services | |
| Kurtzman Carson Consultants LLC | 1290 Avenue of the Americas, 9th<br>New York, NY 10104 | 12/16/2019 $ | 25,000.00 | $ 25,000.00 | Other | Bankruptcy Payments |
| MORVILLO ABRAMOWITZ GRAND IASON & | 565 Fifth Avenue<br>New York, NY 10017 | 12/2/2019 $<br>12/12/2019 $<br>1/23/2020 $ | 50,000.00<br>20,000.00<br>14,479.00 | $ 84,479.00 | Services<br>Services<br>Services | |
| MoviePass Inc. | 350 Fifth Avenue, Suite 5330<br>New York, NY 10118 | 11/15/2019 $<br>11/25/2019 $<br>1/9/2020 $ | 50,000.00<br>20,000.00<br>20,000.00 | $ 90,000.00 | Other<br>Other<br>Other | Intercompany<br>Intercompany<br>Intercompany |
| NFP Property & Casualty Services | 45 Executive Drive<br>Plainview, NY 11803 | 12/12/2019 $ | 206,286.70 | $ 206,286.70 | Other | Insurance Broker |
| Nixon Peabody LLP | 55 West 46th Street<br>New York, NY 10036-4120 | 12/9/2019 $ | 50,000.00 | $ 50,000.00 | Services | |
| Oxford Health Plans | PO Box 1697<br>Newark, NJ 07101-1697 | 11/26/2019 $<br>12/6/2019 $ | 34,800.42<br>84,356.22 | $ 119,156.64 | Suppliers or Vendors<br>Suppliers or Vendors | |
| PREDICT LLC | One World Trade Center-Ste 8500<br>New York, NY 10007 | 1/10/2020 $<br>1/24/2020 $ | 15,000.00<br>15,000.00 | $ 30,000.00 | Suppliers or Vendors<br>Suppliers or Vendors | |
| RSR Consulting, LLC | 1330 Avenue of the Americas<br>Suite 23A<br>New York, NY 10019 | 11/8/2019 $<br>11/25/2019 $<br>12/6/2019 $<br>12/13/2019 $<br>12/17/2019 $<br>12/31/2019 $<br>1/13/2020 $<br>1/21/2020 $<br>1/23/2020 $ | 14,368.50<br>13,781.50<br>4,971.00<br>8,970.00<br>18,913.50<br>14,385.00<br>16,431.50<br>13,370.00<br>14,980.00 | $ 120,171.00 | Other<br>Other<br>Other<br>Other<br>Other<br>Other<br>Other<br>Other<br>Other | Bankruptcy Payments<br>Bankruptcy Payments<br>Bankruptcy Payments<br>Bankruptcy Payments<br>Bankruptcy Payments<br>Bankruptcy Payments<br>Bankruptcy Payments<br>Bankruptcy Payments<br>Bankruptcy Payments |
| SYNCSORT | 2 Blue Hill Plaza #1563<br>Pearl River, NY 10965 | 11/20/2019 $<br>12/19/2019 $ | 3,800.00<br>3,887.42 | $ 7,687.42 | Services<br>Services | |
| TSI (Teqnical Services, Inc.) | PO Box 303<br>Quaker Hill, CT 06375 | 10/30/2019 $<br>1/16/2020 $ | 15,000.00<br>15,000.00 | $ 30,000.00 | Services<br>Services | |

In re: Helios Mange Sop Analytics Inc.
Attachment 5

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Address | Dates | Amount or value | Total | transfer | If Other… |
|---|---|---|---|---|---|---|
| Togut, Segal & Segal LLP | One Penn Plaza, Suite 3335 | 10/30/2019 | $ 35,000.00 | | Other | Bankruptcy Payments |
| | New York, NY 10119 | 11/25/2019 | $ 32,684.70 | | Other | Bankruptcy Payments |
| | | 12/6/2019 | $ 49,852.00 | | Other | Bankruptcy Payments |
| | | 12/16/2019 | $ 100,000.00 | | Other | Bankruptcy Payments |
| | | 12/20/2019 | $ 50,000.00 | | Other | Bankruptcy Payments |
| | | 1/13/2020 | $ 25,000.00 | | Other | Bankruptcy Payments |
| | | 1/22/2020 | $ 25,000.00 | | Other | Bankruptcy Payments |
| | | | | $ 317,536.70 | | |
| Walker Stevens Cannom LLP | 500 Molino Street, Suite 118 | 12/3/2019 | $ 7,500.00 | | Services | |
| | Los Angeles, CA 90013 | 12/12/2019 | $ 15,000.00 | | Services | |
| | | | | $ 22,500.00 | | |
| **Grand Total** | | | $ 1,574,920.69 | $ 1,574,920.69 | | |

In re: Helios and Matheson Analytics Inc.

**Attachment 4**

Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name | Address | Dates | Total Amount or Value | Reasons for payment or transfer | Relationship to Debtor |
|---|---|---|---|---|---|
| **Theodore J Farnsworth** | 350 Fifth Avenue | 1/15/2019 | $ 15,397.44 | Payroll | Officer |
| | Suite 5330 | 1/31/2019 | $ 14,541.67 | Payroll | Officer |
| | New York, NY 10118 | 2/15/2019 | $ 14,541.67 | Payroll | Officer |
| | | 2/28/2019 | $ 14,541.67 | Payroll | Officer |
| | | 3/15/2019 | $ 14,541.67 | Payroll | Officer |
| | | 3/29/2019 | $ 14,541.67 | Payroll | Officer |
| | | 4/9/2019 | $ 250,000.00 | Payroll | Officer |
| | | 4/15/2019 | $ 14,541.67 | Payroll | Officer |
| | | 4/30/2019 | $ 14,541.67 | Payroll | Officer |
| | | 5/15/2019 | $ 14,541.67 | Payroll | Officer |
| | | 5/31/2019 | $ 14,541.67 | Payroll | Officer |
| | | 6/14/2019 | $ 14,541.67 | Payroll | Officer |
| | | 6/28/2019 | $ 14,541.67 | Payroll | Officer |
| | | 7/15/2019 | $ 14,541.67 | Payroll | Officer |
| | | 7/31/2019 | $ 14,541.67 | Payroll | Officer |
| | | 8/15/2019 | $ 14,541.67 | Payroll | Officer |
| | | 9/13/2019 | $ 14,167 | Payroll | Officer |
| | | | $ 483,147 | | |
| | | | | | |
| **Parthasarathy Krishnan** | 350 Fifth Avenue | 1/15/2019 | $ 9,375.00 | Payroll | Officer |
| | Suite 5330 | 1/31/2019 | $ 9,375.00 | Payroll | Officer |
| | New York, NY 10118 | 2/15/2019 | $ 9,375.00 | Payroll | Officer |
| | | 2/28/2019 | $ 9,375.00 | Payroll | Officer |
| | | 3/15/2019 | $ 9,375.00 | Payroll | Officer |
| | | 3/29/2019 | $ 9,375.00 | Payroll | Officer |
| | | 4/15/2019 | $ 9,375.00 | Payroll | Officer |
| | | 4/30/2019 | $ 9,375.00 | Payroll | Officer |
| | | 5/15/2019 | $ 9,375.00 | Payroll | Officer |
| | | 5/31/2019 | $ 9,375.00 | Payroll | Officer |
| | | 6/14/2019 | $ 9,375.00 | Payroll | Officer |
| | | 6/28/2019 | $ 9,375.00 | Payroll | Officer |
| | | 7/15/2019 | $ 9,375.00 | Payroll | Officer |
| | | 7/31/2019 | $ 9,375.00 | Payroll | Officer |
| | | 8/15/2019 | $ 9,375.00 | Payroll | Officer |
| | | 9/30/2019 | $ 9,375.00 | Payroll | Officer |
| | | 10/15/2019 | $ 18,750.00 | Payroll | Officer |
| | | 10/30/2019 | $ 6,000.00 | Advance on Expense | Officer |
| | | 10/31/2019 | $ 9,375.00 | Payroll | Officer |
| | | 11/15/2019 | $ 9,375.00 | Payroll | Officer |
| | | 11/29/2019 | $ 18,750.00 | Payroll | Officer |
| | | 12/13/2019 | $ 9,375.00 | Payroll | Officer |
| | | 12/20/2019 | $ 9,375.00 | Payroll | Officer |
| | | | $ 231,000.00 | | |
| | | | | | |

In re: Helios and Matheson Analytics Inc.

Attachment 4

Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name | Address | Dates | Total Amount or Value | Reasons for payment or transfer | Relationship to Debtor |
|---|---|---|---|---|---|
| Stuart Benson | 350 Fifth Avenue | 1/15/2019 | $ 14,385.00 | Payroll | Officer |
| | Suite 5330 | 1/15/2019 | $ 12,635.42 | Payroll | Officer |
| | New York, NY 10118 | 1/31/2019 | $ 12,635.42 | Payroll | Officer |
| | | 2/15/2019 | $ 12,635.42 | Payroll | Officer |
| | | 2/28/2019 | $ 12,635.42 | Payroll | Officer |
| | | 3/15/2019 | $ 12,635.42 | Payroll | Officer |
| | | 3/29/2019 | $ 10,373.08 | Payroll | Officer |
| | | | $ 87,935.18 | | |
| | | | | | |
| Robert Damon | 350 Fifth Avenue | 4/15/2019 | $ 18,750.00 | Payroll | Officer |
| | Suite 5330 | 4/30/2019 | $ 18,750.00 | Payroll | Officer |
| | New York, NY 10118 | 5/15/2019 | $ 18,750.00 | Payroll | Officer |
| | | 5/31/2019 | $ 18,750.00 | Payroll | Officer |
| | | 6/5/2019 | $ 30,000.00 | Payroll | Officer |
| | | 6/14/2019 | $ 18,750.00 | Payroll | Officer |
| | | 6/28/2019 | $ 18,750.00 | Payroll | Officer |
| | | 7/15/2019 | $ 18,750.00 | Payroll | Officer |
| | | 7/31/2019 | $ 18,750.00 | Payroll | Officer |
| | | 8/15/2019 | $ 18,750.00 | Payroll | Officer |
| | | 9/13/2019 | $ 18,750.00 | Payroll | Officer |
| | | 10/15/2019 | $ 31,875.00 | Payroll | Officer |
| | | 10/31/2019 | $ 13,125.00 | Payroll | Officer |
| | | 11/15/2019 | $ 13,125.00 | Payroll | Officer |
| | | 11/29/2019 | $ 31,875.00 | Payroll | Officer |
| | | | $ 307,500.00 | | |
| | | | | | |
| Prathap Singh | 350 Fifth Avenue | 3/31/2019 | $ 7,500.00 | Board Fee | Director of the Board |
| | Suite 5330 | 6/30/2019 | $ 7,500.00 | Board Fee | Director of the Board |
| | New York, NY 10118 | 9/30/2019 | $ 7,500.00 | Board Fee | Director of the Board |
| | | 12/31/2019 | $ 7,500.00 | Board Fee | Director of the Board |
| | | | $ 33,010.00 | Expense Reimbursement | Director of the Board |
| | | | $ 63,010.00 | | |
| | | | | | |
| Joseph J Fried | 350 Fifth Avenue | 3/31/2019 | $ 7,500.00 | Board Fee | Director of the Board |
| | Suite 5330 | 6/30/2019 | $ 7,500.00 | Board Fee | Director of the Board |
| | New York, NY 10118 | 9/30/2019 | $ 7,500.00 | Board Fee | Director of the Board |
| | | 12/31/2019 | $ 7,500.00 | Board Fee | Director of the Board |
| | | 3/31/2019 | $ 5,000.00 | Board Fee paid on behalf of Movie Pass Films | Director of the Board |
| | | | $ 35,000.00 | | |

**In re: Helios and Matheson Analytics Inc.**
**Attachment 4**

Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name | Address | Dates | Total Amount or Value | Reasons for payment or transfer | Relationship to Debtor |
|---|---|---|---|---|---|
| **Gavriel Ralbag** | 350 Fifth Avenue | 3/31/2019 | $ 7,500.00 | Board Fee | Director of the Board |
| | Suite 5330 | 6/30/2019 | $ 7,500.00 | Board Fee | Director of the Board |
| | New York, NY  10118 | 9/30/2019 | $ 7,500.00 | Board Fee | Director of the Board |
| | | 12/31/2019 | $ 7,500.00 | Board Fee | Director of the Board |
| | | | $ 30,000.00 | | |
| | | | | | |
| **Muralikrishna Gadiyaram** | 350 Fifth Avenue | 03/22/2019 | $ 112,500.00 | Consulting Agreement | Director of the Board |
| | Suite 5330 | 04/16/2019 | $ 18,750.00 | Consulting Agreement | Director of the Board |
| | New York, NY  10118 | 6/12/2019 | $ 18,750.00 | Consulting Agreement | Director of the Board |
| | | | $ 18,750.00 | Consulting Agreement | Director of the Board |
| | | | $ 168,750.00 | | |
| | | | | | |

**Grand Total**                                   $ 1,406,342.67

**In re: Helios and Matheson Analytics Inc.**

**Attachment 7**

Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| | Case Title | Case number | Nature of case | Court name and Address | Status of case (e.g. Pending, On appeal, Concluded) |
|---|---|---|---|---|---|
| 1 | Jeffrey Chang v. Helios and Matheson Analytics, Inc. et al. ("Helios")  Jeffrey Braxton v. Helios and Matheson Analytics, Inc. et al. (Consolidated into one class action) | Chang Case No. 1:18-cv-6965 Braxton Case No. 1:18-cv-07242-UA | Securities | United States District Court Southern District of New York United States Courthouse 500 Pearl Street New York, NY 10007  United States District Court Southern District of New York United States Courthouse 40 Foley Square New York, NY 10007 | Pending |
| 2 | Yu Chen v. Helios, et al. | Index No. 654686/2018 | Securities | New York County Courthouse 60 Centre Street New York, NY 10007 | Pending |
| 3 | Timour Prokpiev v. Helios, et al. | Index No. 655939/2018 | Securities | New York County Courthouse 60 Centre Street New York, NY 10007 | Pending |
| 4 | David J. Lichter, a purported stockholder of Helios | Index No. 650275/2019 | Securities | New York County Courthouse 60 Centre Street New York, NY 10007 | Pending |
| 5 | Jackie Tabas and Katherine Rosenberg-Wohl, acting on behalf of themselves and others similarly situated v. MoviePass, et al. | Case No. 3:18-cv-7087 | Securities | Office of the Clerk United States District Court Northern District of California 450 Golden Gate Avenue San Francisco, CA 94102-3489 | Pending |
| 6 | Lawrence Weinberger and Laurie Weinberger v. MoviePass Inc. | Case No. 1:19-cv-01039 | Contract | United States District Court Southern District of New York United States Courthouse 500 Pearl Street New York, NY 10007  United States District Court Southern District of New York United States Courthouse 40 Foley Square New York, NY 10007 | Pending |

In re: Helios and Matheson Analytics Inc.

**Attachment 7**

Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| | Case Title | Case number | Nature of case | Court name and Address | Status of case (e.g. Pending, On appeal, Concluded) |
|---|---|---|---|---|---|
| 7 | John P. Dash v. Helios, et al. | Case No. 1:19-cv-02863 | Securities | United States District Court Southern District of New York United States Courthouse 500 Pearl Street New York, NY 10007<br><br>United States District Court Southern District of New York United States Courthouse 40 Foley Square New York, NY 10007 | Pending |
| 8 | Genadi Ignatov, et al. v. Helios, et al. | Case No. 1:19-cv-5728 | Securities | United States District Court Southern District of New York United States Courthouse 500 Pearl Street New York, NY 10007<br><br>United States District Court Southern District of New York United States Courthouse 40 Foley Square New York, NY 10007 | Pending |
| 9 | Madison Global Partners LLC v. MoviePass and Madison Global Partners LLC v. Helios | Index Nos. 653748/2019; 653747/2019 | Contract | New York County Courthouse 60 Centre Street New York, NY 10007 | Pending |
| 10 | Oasis Ventures Entertainment Partners, LLC and Emmett Furla Films Partners, LLC v. MoviePass Films; Helios; Theodore Farnsworth; DOES 1 through 50, inclusive | Case No. 19STCV37040 | Contract | Stanley Mosk Courthouse 111 North Hill Street Los Angeles, CA 90012 | Pending |
| 11 | Gravity Capital Partners v. HMNY | | | | Pending |
| 12 | Madison Geery v. MoviePass Inc., Helios and Matheson Analytics Inc., Robert Ellis Silberstein, Mitch Lowe and Theodore "Ted" Farnsworth | Index No. 150002/2020 | Employment Discrimination | New York County Courthouse 60 Centre Street New York, NY 10007 | Pending |
| 13 | Creditors Adjustment Bureau, Inc. v. Helios and Matheson Analytics Inc. dba MoviePass Redzone Technologies; Theodore Farnsworth aka Theodore J. Farnsworth aka Theodore Joseph Farnsworth aka Ted Farnsworth; and Does 1 through 10, Inclusive | Case No. 19SMCV02217 | Collection | Superior Court of California County of Los Angeles Santa Monica Courthouse 1725 Main Street Santa Monica, CA 90401 | Pending |

**In re: Helios and Matheson Analytics Inc.**

**Attachment 7**

Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| | Case Title | Case number | Nature of case | Court name and Address | Status of case (e.g. Pending, On appeal, Concluded) |
|---|---|---|---|---|---|
| 14 | Federal Trade Commission | | Investigation | Zachary A. Keller<br>Attorney<br>Federal Trade Commission<br>Southwest Region<br>1999 Bryan St. Suite 2150<br>Dallas, TX 75201 | Pending |
| 15 | California District Attorney Offices | | Investigation | Gary E. Koeppel, Esq.<br>John Ortiz, Esq.<br>Deputy District Attorneys<br>Contra Costa County District Attorney's Office<br>900 Ward Street<br>Martinez, California 94553-1708<br><br>Stephen Maier, Esq.<br>Deputy District Attorney<br>San Joaquin County District Attorney's Office<br>222 E. Weber Avenue #202<br>Stockton, California 95202-2709<br><br>Caroline Fowler, Esq.<br>Matt Cheever, Esq.<br>Deputy District Attorneys<br>Sonoma County District Attorney's Office<br>600 Administration Drive, Room 212J<br>Santa Rosa, California 95403-2870<br><br>Danny Lo, Esq.<br>Deputy District Attorney<br>Ventura County District Attorney's Office<br>5720 Ralston Street, Suite 300<br>Ventura, California 93003-7843 | Pending |
| 16 | New York Attorney General | | Investigation | Stewart C. Dearing<br>Assistant Attorney General<br>28 Liberty Street<br>New York, NY 10005 | Pending |

**In re: Helios and Matheson Analytics Inc.**
**Attachment 7**
Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| | Case Title | Case number | Nature of case | Court name and Address | Status of case (e.g. Pending, On appeal, Concluded) |
|---|---|---|---|---|---|
| 17 | Securities and Exchange Commission | | Investigation | United States Attorney's Office Eastern District of New York 271 Cadman Plaza East Brooklyn, New York 11201<br><br>U.S. Department of Justice 950 Constitution Ave., NW Washington, DC 20530 | Pending |

In re: Helios and Matheson Analytics Inc.

**Attachment 11**

Payments related to bankruptcy

| Who was paid or who received the transfer? | Address 1 | Address 2 | City | State | Zip | Email or website address | Who made the payment, if not debtor | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|---|---|---|---|---|---|
| Cassel Salpeter & Co., LLC | 801 Brickell Avenue | Suite 1900 | Miami | FL | 33131 | https://www.casselsalpeter.com/ | | | 10/30/2019 | $25,000.00 |
| | | | | | | | | | 11/8/2019 | $1,110.00 |
| | | | | | | | | | 12/4/2019 | $27,150.00 |
| | | | | | | | | | 12/23/2019 | $25,000.00 |
| | | | | | | | | | 1/24/2020 | $25,000.00 |
| | | | | | | | | | **TOTAL** | **$103,260.00** |
| Kurtzman Carson Consultants LLC | 1290 Avenue of the Americas | 9th Floor | New York | NY | 10104 | http://www.kccllc.com/ | | | 12/16/2019 | $25,000.00 |
| | | | | | | | | | **TOTAL** | **$25,000.00** |
| RSR Consulting, LLC | 1330 Avenue of the Americas | Suite 23A | New York | NY | 10019 | https://www.rsrconsultingllc.com/ | | | 10/24/2019 | $25,000.00 |
| | | | | | | | | | 11/8/2019 | $14,368.50 |
| | | | | | | | | | 11/25/2019 | $13,781.50 |
| | | | | | | | | | 12/6/2019 | $4,971.00 |
| | | | | | | | | | 12/13/2019 | $8,970.00 |
| | | | | | | | | | 12/17/2019 | $18,913.50 |
| | | | | | | | | | 12/31/2019 | $14,385.00 |
| | | | | | | | | | 1/3/2020 | $16,431.50 |
| | | | | | | | | | 1/21/2020 | $13,370.00 |
| | | | | | | | | | 1/23/2020 | $14,980.00 |
| | | | | | | | | | **TOTAL** | **$145,173.00** |
| Togut, Segal & Segal LLP | One Penn Plaza | Suite 3335 | New York | NY | 10119 | https://www.togutlawfirm.com/ | | | 10/11/2019 | $50,000.00 |
| | | | | | | | | | 10/30/2019 | $35,000.00 |
| | | | | | | | | | 11/25/2019 | $32,685.00 |
| | | | | | | | | | 12/6/2019 | $49,852.00 |
| | | | | | | | | | 12/16/2019 | $100,000.00 |
| | | | | | | | | | 12/20/2019 | $50,000.00 |
| | | | | | | | | | 1/13/2020 | $25,000.00 |
| | | | | | | | | | 1/22/2020 | $25,000.00 |
| | | | | | | | | | **TOTAL** | **$367,537.00** |
| | | | | | | | | | **TOTAL** | **$640,970.00** |

# ACTION BY WRITTEN CONSENT OF
# THE BOARD OF DIRECTORS OF
# HELIOS AND MATHESON ANALYTICS INC.

## JANAURY 28, 2020

WHEREAS, the Board of Directors (the "Board") of Helios and Matheson Analytics Inc., a Delaware corporation (the "Company"), does hereby consent to the taking of the following actions and does hereby adopt the following resolutions pursuant to the Company's bylaws and the General Corporation Law of the State of Delaware; and

WHEREAS, the Board have reviewed information regarding (i) the Company's assets, liabilities, and liquidity, (ii) the strategic alternatives available to the Company and (iii) the potential impacts of the foregoing on the Company's business; and

WHEREAS, the Board has reviewed and evaluated the financing and restructuring alternatives available to the Company, and the Board has determined that it is in the best interests of the Company, its equity holders, its creditors, and other parties in interest for the Company to file a voluntary petition seeking relief under chapter 7 of title 11 of the United States Code (the "Code").

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board it is desirable and in the best interests of the Company, its creditors, equityholders, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 7 of the Code;

FURTHER RESOLVED, that the Robert Damon, in his capacity as a duly appointed officer of the Company (the "Authorized Officer"), and in the name of, the Company is authorized to execute and verify or certify a petition under chapter 7 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York at such time as said officer executing the same shall determine and in such form or forms as the Authorized Officer may approve in the Authorized Officer's sole discretion;

FURTHER RESOLVED, that the law firm of Togut, Segal & Segal LLP be, and hereby is, employed as counsel for the Company in connection with the prosecution of the Company's case under chapter 7 of the Code;

FURTHER RESOLVED, that the Authorized Officer is authorized to prepare (or cause to be prepared), execute and file (or cause to be filed) any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, to take any and all such other and further actions that the Authorized Officer or the Company's legal counsel may deem necessary, desirable or appropriate in connection with filing the voluntary petition for relief under chapter 7 of the Code and to take and perform any and all further acts and deeds which they deem necessary, proper or desirable in connection with the chapter 7 case;

FURTHER RESOLVED, that the Company be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the actions approved in any or all of the foregoing resolutions, and all actions related thereto, and the Authorized Officer is authorized, empowered and directed to cause the Company to make said payments as the Authorized Officer may deem necessary, appropriate, advisable or desirable, such payment to constitute conclusive evidence of he Authorized Officer's determination and approval of the necessity, appropriateness, advisability or desirability thereof; and

FURTHER RESOLVED, that in the judgment of the Board it is desirable and in the best interests of the Company, its creditors, equityholders, employees, and other interested parties that petitions seeking relief under the provisions of chapter 7 of the Code be filed with respect to the Company's subsidiaries Zone Technologies, Inc. and MoviePass, Inc.;  and

FURTHER RESOLVED, that to the extent that any of the actions authorized by any of the foregoing resolutions have been taken previously by the Authorized Officer or employees of the Company on its behalf, such actions are hereby ratified, approved and confirmed in their entirety.

****

The foregoing resolutions are hereby approved as an action taken by the Board without formal meeting, effective as of the date first written above.

/s/Gavriel Ralbag_____
Gavriel Ralbag


/s/Prathap Singh_____
Prathap Singh


/s/Joseph Fried_____
Joseph Fried


/s/K. Muralikrishna Gadiyaram_
K. Muralikrishna Gadiyaram

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HELIOS AND MATHESON ANALYTICS INC., | ) | Case No.  20- |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## VERIFICATION OF CREDITOR MATRIX

       I, Robert Damon the Authorized Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Dated: January 28, 2020           /s/ Robert Damon_____
                                 By: Robert Damon
                                 Title:   Authorized Officer

Allegis Global Solutions, Inc. ("AGS")
7312 Parkway Drive
Hanover, MD 21076

Alliance Advisors LLC
200 Broadacres Dr., 3rd Floor
Bloomfield, NJ 07003

Allstate Information Management
80 Beckwith Avenue
Paterson, NJ 07503

Altara
110 Chestnut Ridge Road, #257
Mountvale, NJ 07645

Alto Opportunity Fund
89 Nexus Way
Camana Bay KY1-9007
Cayman Islands

American Arbitration Association
150 E 42nd St 17th floor
New York, NY 10017

American Express Company
200 Vesey Street
New York, NY 10285-3106

AMC Theaters
13731 Collections Center Drive
CHICAGO, IL 60693

Armistice Capital Master Fund Ltd.
510 Madison Ave, 22nd floor
New York, NY 10022

App Annie Inc.
23 Geary Street
Suite 800
San Francisco, CA 94108

Auxygen LLC (AUX3)
500 Brickell Ave E2801
Miami, FL 33131

Barry Wiederman
129 Manor Street
Plainview, NY 11803

Baritz & Colman, LLP
Attorney for Madison Global Partners, LLC
Attn: David S. Richan, Esq.
233 Broadway, Suite 2020
New York, NY 10279

Bloomberg Finance LP
P.O. Box 416604
Boston, MA 02241-6604

Blueground US Inc.
311 W 43rd St, 12th Floor
New York, NY 10036

Broadridge/Broadridge ICS
P.O. Box 416423
Boston, MA 02241-6423

The Brown Law Firm, PC
*Attorney for Yu Chen*
Attn: Timothy W. Brown, Esq.
240 Townscend Square
Oyster Bay, NY 11771

Business Wire Inc.
101 California ST, 20th FL.
San Francisco, CA 94111

Cassel Salpeter & Co LLC
801 Brickell Ave #1900
Miami, FL 33131

Centri Business Consulting, LLC
651 Township Line Road, #1663
Blue Bell, PA 19422

Centri Valuation Services, LLC
651 Township Line Road,#1663
Blue Bell, PA 19422

CFGI, LLC
99 High Street, 30th Floor
Boston, MA 02110

CIGNA
420 Lexington Avenue, Suite 300
New York, NY 10170

Cmarie Productions LLC
15172 Tungwood Street
Westminster, CA 92683

Comptroller of Maryland
Revenue Administration Division
110 Carroll Street
Annapolis, MD 21411-0001

Comptroller of Public Accounts
PO Box 149348,
Austin, TX 78714-9348

Computershare Inc.
Dept. CH 16934
Palatine, IL 60055-9228

Contra Costa County District Attorney's Office
Attn: Gary Koeppel, Esq. and John Ortiz, Esq. DDA
900 Ward Street
Martinez, CA 94553-1708

Cornerstone Research
633 West Fifth Street, 31st Floor
Los Angeles, CA 90071-2005

Corporation Counsel of the City of New York
James E. Johnson, Esq. and Gabriela Cacuci, Esq.
Tax & Bankruptcy Division
100 Church St
New York, NY 10007

CVI Investments, Inc.
P.O. Box 309
Grand Cayman E9 KY1-1104

D.C. Berridge, LLC (dba Best Events)
314 N Vista St.
Los Angeles, CA 90036"

Diane Golfin

Directors Desk, LLC – LBX #50200
P.O. Box 780200
Philadelphia, PA 19178-0200

Donohoe Advisory Associates LLC
9901 Belward Campus Dr., Suite 175
Rockville, MD 20850

Edgar Agents LLC
207 W 25th St
New York, NY 10001

Empery Asset Management, LP
1 Rockefeller Plaza, Suite 1205
New York, NY 10020

Empire State Building
ESRT Empire State Building LLC
111 West 33rd Street, 12th Floor
New York, NY 10120

ESRT Management LLC
111 West 33rd Street, 12th Floor
New York, NY 10120

ENF-CPU
U.S. Securities and Exchange Commission
100 F St., N.E., Mailstop 5973
Washington, DC 20549-5973
ENF-CPU@sec.gov

Epiq Ediscovery Solutions
777 Third Avenue, 12th Floor
New York, NY 10017

Federal Trade Commissions, Southwest Region
Attn: Zachary A. Keller, Esq.
1999 Bryan St. Suite 2150
Dallas, TX 75201

First Insurance Funding
450 Skokie Blvd, Ste. 1000
Northbrook, IL 60062-7917

Florida Dept. of Revenue
5050 W. Tennessee Street
Talahassee, FL 32399

Franchise Tax Board
PO BOX 942857
Sacramento, CA 94257-0531

geniSIGHTS Inc
No. 2035, Sunset Lake Road, Suite B-2
Newark, DE 19702

Georgeson
290 Avenue of the Americas, 9th Floor
New York, NY 10104

Gainey McKenna & Egleston
Attorney for Genadi Ignatov
Attn: Gregory M. Egleston, Esq.
440 Park Avenue, South 5th Floor
New York, NY 10016

Gavriel Ralberg
350 Fifth Avenue, Suite 5330
New York, NY 10118

Georgia Dept. of Revenue
PO Box 740239
Atlanta, GA 30374-0239

Goddard Law PLLC
*Attorney for Madison Geery*
39 Broadway, Suite 1540
New York, NY 10038
Attn: Megan S. Goddard, Esq.

Gravity Capital Partners Ltd
710 Carlyle St
Woodmere, NY 11598

Greenberg Traurig, LLP (GT Law)
*Attorneys at Law*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067

Gretchen Drake

Guardian
P.O. Box 824404
Philadelphia, PA 19182-4404

Helios and Matheson Global Services Private Limited
#306, 3rd Floor, Beta Block, Sigma Tech Park,
Varthur Kodi, Whitefield Road
Bangalore 560066 India

Hershenson Rosenberg-Wohl, APC
*Attorney for Jackie Tabas and Rosenberg-Wohl, et.al.*
Attn: David Michael Rosenberg-Wohl, Esq.
315 Montgomery St., 8th Fl.
San Francisco, CA 94104

Hudson Bay Notes
777 Third Avenue
New York, NY 10017

Illinois Dept. of Revenue
PO BOX 19008
Springfield IL 62794-9008

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
2970 Market St, Mail Stop 5Q30133
Philadelphia, PA 19101-7346

Internal Revenue Service
324 25th Street
Ogden, UT 84201-0046

JLP Consulting
PO Box 2365
Springfield, IL 62705

J. Mitchell Lowe
6538 Collins Avenue #236
Miami, FL 33141

Joseph J. Fried
350 Fifth Avenue, Suite 5330
New York, NY 10118

Law Office of Kenneth A. Zitter, Esq.
260 Madison Avenue
New York, NY 10016

Kirthi Kalyanam
16823 Leroy Avenue
Los Gatos, CA 95032

Krieger Kim & Lewin LLP
500 Fifth Avenue, 34th Floor
New York, NY 10110

Law Offices of Kenneth J. Freed
*Attorney for Creditors Adjustment Bureau Inc.*
14226 Ventura Boulevard
Sherman Oaks, CA 91423
Attn: Kenneth J. Freed, Esq. and David E. Weeks, Esq.

Law offices of Peter Katz LLC
52 Duane St,
New York, NY 10007

Leaf Capital Funding LLC
One Commerce Square
2005 Market Street, 14th Floor
Philadelphia PA 19103

Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
ATTN: Gary M. Wingens

Levi & Korsinsky, LLP
Attorney for Jeffrey Chang and Jeffrey Braxton
Attn: Eduard Korsinsky, Esq., Mark Levine, Esq.
55 Broadway, 10th Floor
New York, NY 10006

Marca Global LLC
7100 E Belleview Ave Suite 310
Greenwood Village, CO 80111

Massachusetts Dept. of Revenue
PO Box 7062
Boston, MA 02204

Mayer Brown LLP
*Attorney for Oasis Ventures Entertainment Partners I, LLC*
Attn:  Joanne Jennings, Esq., Bronwyn F. Pollock, Esq.,
Glenn K. Vanzura, Esq.
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071

Media Audits International
5775 DTC Blvd., Suite 400,
Greenwood Village, CO 80111

Mediant Communications Inc.
17 State Street, 7th Floor
New York, NY 10004

Michigan Dept. Of Treasury
PO Box 30774
Lansing, MI 48909-8274

Mitchell Silberberg & Knupp LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067

Morvillo Abramovitz Grand Iason & Anello PC
565 Fifth Avenue
New York, NY 10017

MSKP
21 Ansal Fortune Arcade, 2nd floor, sector-18
Noida, Uttar Pradesh 210301, India

Muralikrisha Gadiyaram
Chairman/Managing Director/CEO
#9 Ganga Griha Nungambakkam High Road
Chennai
600 034 India

Nebraska Dept. of Revenue
PO Box 94818
Lincoln, NE 68509-4818

Network Digital Office System
311 Route 46 West
Unit B Fairfield, NJ 07004

New Jersey Division of Taxation
PO BOX 666,
Trenton, NJ 08646-0666

New York State Attorney General's Office
Attn: Stewart C. Deering, Esq.
28 Liberty Street
New York, NY 10005

NFP Property & Casualty Services
707 Westchester Ave, #201
White Plains NY 10604

Nithyaesh & Vaibhav
H-9/1, 2nd Floor, Kambar Street
Kalashetra Colony, Besant Nagar
Chennai – 600090
India

Nixon Peabody LLP
55 West 46th Street
New York, NY 10036

NMN Advisors
815 Northvale Rd
Oakland, CA 94610

North Carolina Dept. of Revenue
PO BOX 25000
Raleigh, NC 27640-0520

Now You Global Communication
(Maayan Nave Enterprise & Management Ltd.)
Rafidim Street 14 entry 4
Tel Aviv, Yafo 6998225
Israel

NYC Dept. of Finance
59 Maiden Lane - 19TH FL.
New York, NY 10038

NYS Dept of Finance
59 MAIDEN LANE - 19TH FL.
NEW YORK, NY 10038

Office of the New York State Attorney General
Attn: Letitia James, Attorney General
28 Liberty St
New York, NY 10005

Office of United States Attorney, SDNY
Geoffrey S. Berman,United States Atty SDNY
1 St Andrews Plaza
New York, NY 10007

Office of the United States Trustee
William K. Harrington, United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Oxford
48 Monroe Turnpike,
Trumbull, Connecticut 06611

PA Department of Revenue
PO BOX 280427
Harrisburg PA 17128-0427

Palladium Capital Advisors LLC
10 Rockefeller Plaza, Suite 909
New York, NY 10020

Parthasarathy Krishnan
350 Fifth Avenue, Suite 5330
New York, NY 10118

Pfeiffer

Prathap Singh
350 Fifth Avenue, Suite 5330
New York, NY 10118

Proactive Investors LLC
767 3rd Avenue
New York, NY 10017

Reese LLP
*Attorney for Lawrence Weinberger and Laurie Weinberger*
Attn: George Volney Granade, Esq.
8484 Wilshire Boulevard, Suite 515
Los Angeles, CA 90211

Reese Richman, LLP
Attorney for Lawrence Weinberger and Laurie Weinberger
Attn: Michael Robert Reese, Esq.
875 Avenue of the Americas
18th Floor
New York, NY 10001

Robbins Geller Rudman & Dowd LLP (San Diego)
Attn: Erik W. Luedeke, Esq.
655 West Broadway, Suite 1900
San Diego, CA 92101

Robbins Geller Rudman & Dowd LLP
Attn: Mary Katherine Blasy, Esq.
58 South Services Road, Suite 200
Melville, NY 11747

Robert Damon
350 Fifth Avenue, Suite 5330
New York, NY 10118

Rosenberg Rich Baker Berman & Company
266 Davidson Avenue, Suite 210
Somerset, NJ 08873

The Rosen Law Firm, PA
Attorney for Timour Prokpiev
Attn: Phillip Kim, Esq.
Erica L. Stone, Esq.
275 Madison Avenue, 40th Floor
New York, NY 10016

RRRB

RSR Consulting LLC
1330 6th Ave #23a
New York, NY 10019

Sabby Volitility Warrant Master Fund,Ltd.
c/o Sabby Management, LLC
10 Mountainview Road Suite 205
Upper Saddle River, NJ 07458

San Joaquin County District Attorney's Office
Attn: Stephen Maier, Esq. DDA
222 E. Weber Aveneue #202
Stockton, CA 95202-2709

Sonoma County District Attorney's Office
Attn: Caroline Fowler, Esq. and Matt Cheever, Esq. DDA
600 Administration Drive, 212J
Santa Rosa, CA 95403-2870

State of Connecticut
Dept. of Revenue Services
450 Columbus Blvd
Hartford, CT 06103

State of Rhode Island Division of Taxation
PO Box 9702
Providence, RI 02940-9702

Stuart Benson
350 Fifth Avenue, Suite 5330
New York, NY 10118

Syncsort, Inc.
2 Blue Hill Plaza #1563
Pearl River, NY 10965

The Hartford
690 Asylum Avenue
Windsor, CT 06155

The Pollack PR Marketing Group
1901 Avenue of the Stars, Suite 1040
Los Angeles, CA 90067

The Tag Experience, LLC
1210 97th St.
Bay Harbor Islands, FL 33154

Theodore J. Farnsworth
350 Fifth Avenue, Suite 5330
New York, NY 10118

TSI (Technical Services, Inc.)
PO Box 303
Quaker Hill, CT 06375

Universal Studios Operations Group
100 Universal City Plaza
Universal City, CA 91608

United States Attorney's Office
Eastern District of New York
Business and Securities Unit
271 Cadman Plaza East
Brooklyn, NY 11201

U.S. Attorney's Office
Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722

United States Department of Justice
Attn: Chief, Market Integrity Unit
950 Constitution Avenue NW
Washington, DC 20530

US Department of Justice, SDNY
Civil Division
86 Chambers St.,3rd Floor
New York, NY 10007

United States Securities and Exchange Commission
New York Regional Office
Attn: Elizabeth Butler, Esq. butlerel@sec.gov
200 Vesey Street
New York, New York 10281-1022

Verizon
PO BOX 15124
Albany, NY 12212-5124

Ventura County District Attorney's Office
Deputy District Attorney
Attn: Danny Lo, Esq.
5720 Ralston Street, Suite 300
Ventura, CA 93003-7843

Viollis Group International
350 Fifth Ave., 59th Fl.
New York, NY 10118

Walker Stevens Cannon LLP
*Attorneys for MoviePass Films, LLC*
Attn: Amanda Walker, Esq.
500 Molino Street, Suite 118
Los Angeles, CA 90013

Weisslaw LLP
Attorney for David J. Lichter
Attn: Richard A. Acocelli, Rsq.
1500 Broadway, 16th Floor
New York, NY 10036

Wisconsin Dept of Revenue
P.O. Box 930208
Milwaukee, WI 53293-0208

WithumSmith+Brown
P.O. Box 5340
Princeton, NJ 08543

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Brian F. Moore

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
                                          :
In re:                                    :        Chapter 7
                                          :
                                          :        Case No.
HELIOS AND MATHESON ANALYTICS INC.,¹      :
                                          :
                                          :
                Debtor.                   :
                                          :
-------------------------------------------------------------x
```

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Helios and Matheson Analytics Inc. certifies that no corporation, other than the debtor or a governmental unit, either directly or indirectly own(s) 10% or more of any class of the corporation's equity interest, or states that there are no entities to report under Rule 7007.1

## DECLARATION UNDER PENALTY OF PERJURY:

I, Robert Damon, the undersigned authorized person on behalf of the Debtor, declare under penalty of perjury that I have read the foregoing Corporate Ownership Statement and that the statement is true and correct to the best of my information and belief.

Dated: January 28, 2020          /s/ Robert Damon
                                 By: Robert Damon
                                 Title: Authorized Officer

---

[1]    Helios and Matheson Analytics Inc., and its subsidiaries and affiliates, Zone Technologies, Inc., and MoviePass, Inc. (each a "Debtor," and collectively the "Debtors") concurrently commenced Chapter 7 cases.

TOGUT, SEGAL & SEGAL LLP
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Frank A. Oswald
Brian F. Moore

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                    :
In re:                           :        Chapter 7
                                      :
                                      :        Case No.
HELIOS AND MATHESON ANALYTICS INC.,  :
                                      :
                                      :
                    Debtor.        :
                                      :
------------------------------------------------------------ x

### <u>DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR</u>

1.       Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that

my firm, Togut, Segal & Segal LLP (the "<u>Togut Firm</u>"), is counsel for the above-

captioned debtor (the "<u>Debtor</u>").

2.       The Togut Firm was retained by Helios and Matheson Analytics Inc.

("<u>Helios</u>") and its majority-owned subsidiaries and affiliates Zone Technologies, Inc.

and MovePass, Inc. (collectively, the "<u>Debtors</u>"[1]) as of September 13, 2019 as

restructuring counsel.  The Togut Firm's fees and expenses in the aggregate through

January 24, 2019 were $327,537 and $702.32, respectively, which were paid from

---

[1]    The Debtors have concurrently commenced Chapter 7 cases and, if applicable, the last four digits of
their U.S. taxpayer identification numbers are:  Helios and Matheson Analytics Inc. (9913), Zone
Technologies, Inc. (5124), MoviePass, Inc. (9893).

retainers advanced by Helios on behalf of the Debtors.  On or about January 16, 2020, the boards of directors for the Debtors determined that a going concern transaction for the enterprise was not feasible, and that it was in the best interests of the Debtors to file voluntary Chapter 7 cases.  As of the commencement of the Chapter 7 cases for each of the Debtors, the Togut Firm maintained a retainer of $39,297.34 for the Debtors, which will first be applied to the Togut Firm's remaining accrued and unpaid fees and expenses for January 2020 through to the commencement of the cases, and then to any post-petition fees and expenses incurred in connection with its representation of the Debtors, including but not limited to attending the meeting of creditors pursuant to section 341 of the Bankruptcy Code.

3.      The Togut Firm has not agreed to share the above-disclosed compensation with any other firm or person.

## **CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the Togut Firm for representation of the Debtors.

Dated:  January 28, 2020
        New York, New York

TOGUT, SEGAL & SEGAL LLP
By:

/s/Frank A. Oswald
FRANK A. OSWALD
BRIAN F. MOORE
*Counsel for the Debtors*
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000