**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com

*Counsel for Lead Plaintiff, and Lead Counsel for the Class, in In re Helios and Matheson Securities Litigation*, Case No.: 1:18-cv-06965-JGK

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: Helios and Matheson Analytics, Inc.<br><br>Debtor. | Chapter 7<br>Case No. 1:20-10242-smb |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Shannon L. Hopkins, an attorney with the firm of Levi & Korsinsky, LLP, and admitted to practice in this Court, counsel for the court-appointed Lead Plaintiff Helios and Matheson Investor Group and the putative Class in *In re Helios and Matheson Securities Litigation*, Case No.: 1:18-cv-06965-JGK, hereby appears in the above-captioned matter and requests that copies of all notices, pleadings, and orders entered in this matter be sent to the undersigned.

Dated: February 4, 2020

                                            **LEVI & KORSINSKY, LLP**

                                            */s/ Shannon L. Hopkins*
                                            Shannon L. Hopkins (SH-1887)
                                            1111 Summer Street, Suite 403
                                            Stamford, CT 06905
                                            Tel: (203) 992-4523
                                            Email: shopkins@zlk.com

                                            *Counsel for Lead Plaintiff, and Lead*

*Counsel for the Class, in In re Helios and Matheson Securities Litigation, Case No.: 1:18-cv-06965-JGK*