WINDELS MARX LANE & MITTENDORF, LLP
*Attorneys for Alan Nisselson, Interim Chapter 7 Trustee*
156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000 / Fax. (212) 262-1215

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re                                                           |                           |
|-----------------------------------------------------------------|---------------------------|
| HELIOS AND MATHESON ANALYTICS, INC., *a/k/a MovieFone*,         | Chapter 7                 |
|                                                                 | Case No. 20-10242-smb     |
| Debtor.                                                         |                           |

**AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL**

**STATE OF NEW YORK**           )
                                ) ss.:
**COUNTY OF NEW YORK**          )

  **MARITZA SEGARRA,** being duly sworn, deposes and says that deponent is not a party to the case, is over 18 years of age, is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, New York 10019, and that on February 4, 2020 I served the:

*Notice of Trustee's Motion Pursuant to Federal Rule of Bankruptcy Procedure 1015(b) for Joint Administration and Procedural Consolidation of Cases, and Other Related Relief* ("**Notice**"), and *Trustee's Motion Pursuant to Federal Rule of Bankruptcy Procedure 1015(b) for Joint Administration and Procedural Consolidation of Cases, and Other Related Relief*, with Exhibit A: Proposed Order, upon:

| Frank A. Oswald, Esq.<br>Togut, Segal & Segal LLP<br>Attorneys for the Debtors<br>One Penn Plaza<br>New York, NY 10119 | Greg Zipes, Esq.<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014 |
|---|---|
| Helios and Matheson Analytics Inc.<br>Zone Technologies, Inc.<br>MoviePass, Inc.<br>350 Fifth Avenue<br>Suite 5330<br>New York, NY 10118<br><br>Attn: Robert Damon | |

{11779789:1}

And the Notice upon ALL PARTIES ON THE ATTACHED SERVICE LIST by First Class Mail at their last known addresses given or located for that purpose by delivering a true copy of same securely enclosed in a first class postpaid properly addressed wrapper in a depository under the exclusive care and custody of the United States Postal Service within the State of New York.

| | |
|---|---|
| Sworn to before me this 4th day of February 2020<br><br>/s/ David Lopez<br>David Lopez<br>Notary Public, State of New York<br>No. 02L06356379, Qualified in Kings County<br>Commission Expires March 27, 2021 | /s/ Maritza Segarra<br>MARITZA SEGARRA |